AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

GLORIA DUNIPHIN

V.

BENNY WHITEHEAD, INC.;
PEOPLEASE CORPORATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv459-SRW

TO: (Name and address of Defendant)

PeopLease Corporation
c/o Charles R. Schellenger
300 West Coleman Blvd.
Mount Pleasant, South Carolina 29464-0000

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERSON & ROBERSON
8 Office Park Circle, Suite 150
Birmingham, Alabama 35223
(205) 871-1115

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 5/26/06

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

GLORIA DUNIPHIN

V.

BENNY WHITEHEAD, INC.;
PEOPLEASE CORPORATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv459-SRW

TO: (Name and address of Defendant)

Benny Whitehead, Inc.
c/o Benny Whitehead
3265 South Eufaula Avenue
Eufaula, Alabama 36027-3542

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERSON & ROBERSON
8 Office Park Circle, Suite 150
Birmingham, Alabama 35223
(205) 871-1115

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 5/26/06