OFFICE OF CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
P.O. BOX 711
MONTGOMERY, AL 36101-0711

RECEIVED
2006 JUN -5 A 9:34
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CERTIFIED MAIL
7099 3400 0004 5090 9212

---

**SENDER: COM...**
- Complete item...
- item 4 if Restric...
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   PeopLease Corporation
   c.b.a Henry

**VIA CERTIFIED MAIL- RETURN RECEIPT REQUESTED**

PeopLease Corporation
Charles R. Schellenger

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD
☐ OTHER

RTS — RETURN TO SENDER

C. Signature
X _____
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

Restricted Delivery? (Extra Fee)  ☐ Yes

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD
☐ OTHER

No
5-31-06

2. Article Number (Copy from service label)
   7099 3400 0004 5090 9212

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

GLORIA DUNIPHIN

V.

BENNY WHITEHEAD, INC.;
PEOPLEASE CORPORATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv459-SRW

TO: (Name and address of Defendant)

PeopLease Corporation
c/o Charles R. Schellenger
300 West Coleman Blvd.
Mount Pleasant, South Carolina 29464-0000

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERSON & ROBERSON
8 Office Park Circle, Suite 150
Birmingham, Alabama 35223
(205) 871-1115

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                    5/26/06

CLERK                                DATE

(By) DEPUTY CLERK