**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Benny Whitehead Inc.
   C/O Benny Whitehead
   3265 South Eufaula Ave.
   Eufaula, AL 36027-3542

2. Article Number (Copy from service label)

   7099 3400 0004 5090 9243

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Dawn Whitehead
B. Date of Delivery: 6-12-06
C. Signature: X Dawn W ——
   ☐ Agent
   ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes ☒ No
   If YES, enter delivery address below:

   06cv459
   SRW

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes