IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLORIA DUNIPHIN, ) | |
| ) | |
| Plaintiff ) | Civil Action No: |
| ) | |
| v. ) | 2:06 cv-459-SRW |
| ) | |
| BENNY WHITEHEAD, INC. and ) | |
| PEOPLEASE CORPORATION. ) | |
| ) | |
| Defendants. ) | |

## ALIAS SUMMONS

TO DEFENDANT:   PeopLease Corporation
                Charles R. Schellenger
                210 Wingo Way
                Suite 400
                Mount Pleasant, South Carolina 29464

You are hereby summoned and required to serve upon Plaintiff's attorney:

Jerry Roberson
ROBERSON & ROBERSON
8 Office Park Circle, Suite 150
Birmingham, Alabama 35223

a response to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 6/14/06

By: _____
Deputy Clerk

Debra P. Hackett, Clerk of Court
United States District Court
U.S. Courthouse Complex
~~One Church Street~~ P.O. Box 711
Montgomery, Alabama 36101-0711

Case Number: ~~cv~~ 2:06 cv 459-SRW