| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly): [illegible]  B. Date of Delivery: 6/6/06<br>C. Signature:  X _Rachael Vergara_  ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br>Peoplease Corporation<br>c/o Charles R. Schellenger<br>210 Wingo Way<br>Suite 400<br>Mt. Pleasant, SC 29464 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>2:06 CV459 -<br>alias S+C   SRW |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Copy from: 7003 2260 0000 4630 9617 | |

PS Form 3811, July 1999      Domestic Return Receipt      102595-00-M-0952