**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 31, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Gloria Duniphin  v. Benny Whitehead, Inc. et al
Civil Action No. 2:06-cv-00459-SRW

The above-styled case has been  reassigned to  Judge W. Keith Watkins.

Please note that the case number is now 2:06-cv-00459-(WKW).   This new case number should be used on all future correspondence and pleadings in this action.