IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLORIA DUNIPHIN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CASE NUMBER: 2:06cv459-SRW |
| | ) |
| BENNY WHITEHEAD INC., | ) |
| AND PEOPLEASE CORPORATION | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF APPEARANCE

      COME NOW the undersigned, Jim S. Calton, Jr., and Jimmy S. Calton, Sr. and files this their Notice of Appearance in the above styled cause as Counsel on behalf of the Defendants, Benny Whitehead Inc., and Benny Whitehead, individually.


      /s/ Jim S. Calton, Jr.
      Jim S. Calton, Jr.,(ASB-0968-L66J)


      /s/ Jimmy S. Calton, Sr.
      Jimmy S. Calton, Sr.,(ASB-8792-A64J)

Of Counsel:
Calton & Calton
226 East Broad Street
P.O. Box 895
Eufaula, AL 36072-0895
(334) 687-3563
(334)-687-3563
caltonlaw@eufaula.rr.com

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by placing same in the U.S. mail, postage paid and properly addressed to:

Mr. Jamie Johnston, Esq.
Haskell Slaughter Young & Rediker, LLC
305 South Lawrence Street
P.O. Box 4660
Montgomery, AL 36103

Mr. Jerry Roberson, Esq.
Roberson & Roberson
8 Office Park Circle, Suite 150
Birmingham, AL 35223

Mr. Albert Adams, Esq.
Irby Law Firm
P.O. Box 910
Eufaula, AL 36072

Mr. Joel Smith, Esq.
Williams, Potthoff, Williams, & Smith, LLC
125 South Orange Avenue
Eufaula, AL 36027

Mr. Benny Whitehead
Benny Whitehead, Inc.
3265 South Eufaula Avenue
Eufaula, AL 36027

This the 18th day of August, 2006.

/s/ Jim S. Calton, Jr.
OF COUNSEL