**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **GLORIA DUNIPHIN,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | **Civil Action No.:** |
| ) | |
| **BENNY WHITEHEAD, INC. and** ) | **2:06-cv-00459-WKW** |
| **PEOPLEASE CORPORATION.** ) | |
| ) | |
| **Defendants.** ) | |

## REPORT OF PARTIES' PLANNING MEETING

    1.    Pursuant to Fed. R. Civ. P. 26(f), a telephone conference was held on August 10, 2006.

Participating in the teleconference were:

    Jerry D. Roberson on behalf of the Plaintiff;

    Joel P. Smith on behalf of the Defendant.

    2.    <u>Pre-Discovery Disclosures</u>. The parties will exchange by **August 28, 2006** the information required by Local rule 26.1(a)(1).

    3.    <u>Discovery Plan</u>. The parties jointly propose to the Court the following discovery plan:

    Discovery will be needed on the following subjects:

Plaintiff expects to conduct discovery necessary to support the plaintiff's claims and damages.

Defendant's expects to conduct discovery on the Plaintiff's claims and the

Defendant's defenses.

    All discovery commenced in time to be completed by **March 15, 2007**

    Maximum of ___25___ interrogatories by each party to any other party. [Responses due 30 days after service.]

    Maximum of 25 requests for admission by each party to any other party. [Responses due 30 days after service.]

    Maximum of 40 requests for production of documents by each party to any other party. [Responses due 30 days after service.]

    Maximum of 10 depositions by Plaintiff and 10 by Defendant, maximum of 7 hours each.

    Reports from retained experts under Rule 26(a)(2) due:

        from Plaintiff by **September 15, 2006.**

        from Defendant by **October 15, 2006.**

    Supplementations under Rule 26(e) due by **February 1, 2007.**

4. <u>Other Items</u>.

    The parties do not request a conference with the Court before entry of the scheduling order.

    Plaintiff should be allowed until **October 15, 2006** to join additional parties and amend the pleadings.

    Defendant should be allowed until **November 2, 2006** to join additional parties and amend the pleadings.

    All potentially dispositive motions should be filed by **April 7, 2007.**

    Settlement cannot be realistically evaluated prior to some initial discovery.

    The parties request a final pretrial conference in **June 2007.**

    Final lists of trial evidence under Rule 26(a)(3) should be due:

    from Plaintiff:

        witnesses - 30 days prior to trial date;
        exhibits - 30 days prior to trial;

    from Defendant:

        witnesses - 30 days prior to trial;
        exhibits - 30 days prior to trial.

Parties should have 10 days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

The case should be ready for trial by July 2007 and at this time is expected to take approximately **2 ½ days**.

Signed this the 10th day of August, 2006.


s/Jerry Roberson                              s/Joel P. Smith
**Counsel for Plaintiff**                     **Counsel for Defendant**
Jerry D. Roberson                          Joel P. Smith, Esq.
Roberson & Roberson                  Williams, Potthoff, Williams& Smith
8 Office Park Circle                        Post Office Box 880
Suite 150                                   Eufaula, Alabama 36027
Birmingham, Alabama 35223         Telephone: (334) 687-5834
Telephone: (205) 871-1115