**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 27, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Duniphin v. Benny Whitehead, Inc. et al
Civil Action No. 2:06-cv-00459-WKW

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now 2:06-cv-00459-MHT. This new case number should be used on all future correspondence and pleadings in this action.