IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| GLORIA DUNIPHIN,           )<br>                            )<br>    Plaintiff,              )<br>                            )<br>    v.                      )<br>                            )<br>BENNY WHITEHEAD, INC., and  )<br>PEOPLEASE CORPORATION,      )<br>                            )<br>    Defendants.             ) | CIVIL ACTION NO.<br>2:06cv459-MHT |

ORDER

It is ORDERED that the uniform scheduling order (Doc. No. 13) is modified in the following respects:

(1) The pretrial is reset for June 15, 2007, and the trial is reset for term of court beginning on July 23, 2007, with all deadlines expressly tied to these two dates adjusted accordingly.

(2) All other deadlines are unchanged.

DONE, this the 28th day of November, 2006.

　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　 UNITED STATES DISTRICT JUDGE