IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLORIA DUNIPHIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06CV459-MHT |
| | ) |
| BENNY WHITEHEAD, INC. and | ) |
| PEOPLEASE CORPORATION, | ) |
| | ) |
| Defendants. | ) |

### JOINT MOTION FOR PROTECTIVE ORDER

Come now the parties in the above-styled action and move this Court for a protective order designating certain information produced by the parties in this litigation as "Confidential," restricting the persons who may review certain documents that have been requested or may be requested in this action, and limiting the disclosure of the information contained therein. In support of this motion, the parties state as follows:

1.   The plaintiff has now or may in the future request the defendants to produce certain categories of confidential information including personnel information of certain defendants' current and former employees and certain of defendants' proprietary and confidential business information.

2.   These categories of information contain sensitive, personal and confidential information regarding employees and former employees of defendant that, if improperly disclosed, could result in embarrassment to or harassment of these individuals. The category of information regarding confidential business information produced or to be produced is confidential and proprietary

information that defendant does not want disclosed, which shall be designated as "CONFIDENTIAL" by defendants in writing at the time such information is produced by defendants.

    3.    Based upon the foregoing, the parties specifically request that the information and categories of information referenced above, and any and all other information which has been or may be produced in the future of a like or similar nature, be delivered and disclosed only to counsel and the parties and only for their use in this action and that counsel and the parties be ordered and directed to keep such information confidential and not to disclose such information or the fact that they possess such information or exhibit such information to the public, media, or to any other person, other than a person who is a member of plaintiff's or defendants' counsels' office staff actively engaged with and assisting counsel in the preparation for trial and the prosecution of this action; any potential witness for the plaintiff or defendants who either previously generated or received a particular document and thus, by necessity, must review a particular document or documents in preparation for his or her testimony; and experts and consultants retained by counsel who must necessarily see the information to assist counsel in connection with this litigation. The information may be disclosed to the Court and/or jury during this litigation and in depositions only after first bringing the disclosure to the other party's attention.

    4.    The parties further move that the Court enter an order directing that any person gaining access to said information through counsel be specifically enjoined from disclosing such information to the public and to any other person

and enjoined from making copies or revealing the contents of any documents containing said information for any purpose other than for preparation for trial and the prosecution of this action.

5. The parties also move that the Court enter an order directing the plaintiff and counsel, at the final determination of this action, to assemble and return to the defendants all documents, copies thereof, or other records or information falling within the protective order entered by this Court.

6. A draft protective order is attached hereto for this Court's review as Exhibit A.

/s/ Courtney R. Potthoff
Courtney R. Potthoff
Attorney for Defendant
PeopLease Corporation

OF COUNSEL:

WILLIAMS, POTTHOFF, WILLIAMS
       & SMITH, L.L.C.
Post Office Box 880
Eufaula, Alabama  36072-0880
Telephone   (334) 687-5834
Facsimile    (334) 687-5722

_____
Jim S. Calton, Jr.

Attorney for Defendant
Benny Whitehead, Inc.

OF COUNSEL:

CALTON & CALTON
Post Office Box 895
Eufaula, Alabama 36072-0895
Telephone   (334) 687-3563
Facsimile   (334) 687-3564

_____
Jerry D. Roberson

Attorney for Plaintiff

OF COUNSEL:

ROBERSON & ROBERSON
8 Office Park Circle, Suite 150
Birmingham, Alabama 35223
Telephone   (205) 871-1115
Facsimile   (205) 871-5115

_____
Albert H. Adams, Jr.

Attorney for Plaintiff

IRBY LAW FIRM, L.L.C.
Post Office Box 910
Eufaula, Alabama 36072-0910
Telephone   (334) 687-6672
Facsimile   (334) 687-6673

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLORIA DUNIPHIN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06CV459-MHT |
| | ) |
| BENNY WHITEHEAD, INC. and | ) |
| PEOPLEASE CORPORATION, | ) |
| | ) |
|    Defendants. | ) |

## ORDER

The Court having heretofore reviewed the Joint Motion for Protective Order to limit in the above-styled action the disclosure of information and categories of information designated therein, and the Court being cognizant of the sensitive and confidential nature of said information, it is hereby ORDERED, ADJUDGED and DECREED that the information and categories of information set out in said Joint Motion shall be disclosed and delivered only to the parties' counsel, who are hereby ordered and directed to keep such information confidential, to use it only in this action, and not disclose such information or the fact that they possess such information to the public, media, or to any other person other than the parties; members of their office staff actively engaged with and assisting counsel in the preparation for trial and the prosecution of this action; any potential witness who previously received or generated a particular document and thus, by necessity, must review a particular document or documents in preparation for his or her testimony; and experts and consultants retained by counsel who must necessarily see the information to assist counsel in connection with this litigation.  Any persons gaining such access through counsel are specifically

enjoined from disclosing such information to the public, or to any other person and are specifically enjoined from making copies of or revealing the contents of any documents containing said information for any purpose other than for preparation for trial and the prosecution of this action. The information may be disclosed to the Court and/or jury during this litigation and in depositions only after first bringing the disclosure to the other party's attention.

    The plaintiff and her counsel are further ordered, at the final determination of this action, to assemble and return to the defendants all documents, copies thereof, or other records or information falling within this protective order.

    ORDERED this _____ day of December, 2006.


    _____
    UNITED STATES DISTRICT COURT JUDGE