IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLORIA DUNIPHIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv459-MHT |
| ) | |
| BENNY WHITEHEAD, INC. and ) | |
| PEOPLEASE CORPORATION, ) | |
| ) | |
| Defendants. ) | |

ORDER

The Court having heretofore reviewed the Joint Motion for Protective Order to limit in the above-styled action the disclosure of information and categories of information designated therein, and the Court being cognizant of the sensitive and confidential nature of said information, it is hereby ORDERED, ADJUDGED and DECREED that the information and categories of information set out in said Joint Motion shall be disclosed and delivered only to the parties' counsel, who are hereby ordered and directed to keep such information confidential, to use it only in this action, and not disclose such information or the fact that they possess such information to the public, media, or to any other person other than the parties; members of their office staff actively engaged with and assisting counsel in the preparation for trial and the prosecution of this action; any potential witness who previously received or generated a particular document and thus, by necessity, must review a particular document or documents in preparation for his or her testimony; and experts and consultants retained by counsel who must necessarily see the information to assist counsel in connection

with this litigation. Any persons gaining such access through counsel are specifically enjoined from disclosing such information to the public, or to any other person and are specifically enjoined from making copies of or revealing the contents of any documents containing said information for any purpose other than for preparation for trial and the prosecution of this action. The information may be disclosed to the Court and/or jury during this litigation and in depositions only after first bringing the disclosure to the other party's attention.

The plaintiff and her counsel are further ordered, at the final determination of this action, to assemble and return to the defendants all documents, copies thereof, or other records or information falling within this protective order.

DONE, this 20th day of December, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE