IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLORIA DUNIPHIN, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) Civil Action No.: |
| | ) |
| BENNY WHITEHEAD, INC. and | ) 2:06-cv-00459-MHT |
| PEOPLEASE CORPORATION. | ) |
| | ) |
|     Defendants. | ) |

## NOTIFICATION OF ADDRESS CHANGE

COMES NOW the Plaintiff, Gloria Duniphin, by and through her undersigned counsel of record and gives notice to the Court and opposing counsel of the following:

1. That the office of Roberson & Roberson moved their office the week of December 17, 2006.

2. That the contact information for Jerry D. Roberson will be as follows:

**New Contact Information:**

Jerry Roberson
*ROBERSON & ROBERSON*
3765 Kinross Drive
P.O. Box 380487
Birmingham, Alabama 35238-0487
Phone Number:205.981.3906
Fax Number:205.981.3908
E-mail: jdratty@charter.net
tlbaker@charter.net

WHEREFORE, Plaintiff respectfully requests this Court and opposing counsel to note the above changes and direct any future correspondence to the address and/or number(s) listed above.

                                                Respectfully submitted,

                                                s/Jerry Roberson  
                                                Jerry Roberson (ROB010)  
                                                Roberson & Roberson  
                                                P.O. Box 380487  
                                                Birmingham, Alabama 35238  
                                                Telephone:   (205) 981-3906  
                                                Fax:             (205) 981-3908  
                                                E-mail: **jdratty@charter.net**  
                                                                  **tlbaker@charter.net**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of December, 2006, I electronically filed the foregoing with the Clerk of the Court using the using the Electronic Filing system which will send notification of such filing to the following:

Jim S. Carlton, Esq.  
226 East Broad Street  
P.O. Box 895  
Eufaula, Alabama 36072-0895

                                                s/Jerry Roberson  
                                                Jerry Roberson (ROB010)