IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLORIA DUNIPHIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 2:06cv459-MHT |
| | ) |
| BENNY WHITEHEAD, INC. and | ) |
| PEOPLEASE CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT**

COME NOW the defendants in the above-styled action, Benny Whitehead, Inc. ("Whitehead") and PeopLease Corporation ("PeopLease"), (collectively, "Defendants"), and move this Court to grant summary judgment in their favor pursuant to Rule 56 of the *Federal Rules of Civil Procedure* on the grounds that there are no genuine issues of material fact to be submitted to a jury and these Defendants are entitled to the entry of judgment as a matter of law. In support of this motion, Defendants rely on the following:

1. Plaintiff's Complaint.

2. Defendants' Answer to Complaint.

3. Excerpts of the Deposition Testimony of Plaintiff Gloria Duniphin, along with Defendants' Exhibits 2 and 6 to her deposition, which are attached hereto and made a part hereof as Exhibit A.

4. Affidavit of Benny Paul Whitehead, attached hereto and made a part hereof as Exhibit B.

5. Affidavit of Eddie Whitehead, attached hereto and made a part hereof as Exhibit C.

6. Affidavit of D.A. Bryant, attached hereto and made a part hereof as Exhibit D.

    7.    Affidavit of Robert Kirkham, attached hereto and made a part hereof as Exhibit E.

    8.    Affidavit of Deb Hiott, along with copy of Service Agreement attached as Exhibit 1 to her Affidavit, which are attached hereto and made a part hereof as Exhibit F.

    9.    Defendants' Brief in Support of Their Joint Motion for Summary Judgment, filed contemporaneously with this motion.

WHEREFORE, based upon the foregoing, Defendant Benny Whitehead, Inc. and Defendant PeopLease Corporation respectfully request this Court grant their Motion for Summary Judgment and dismiss all of the Plaintiff's claims as a matter of law.

Respectfully submitted on this **30th** day of **January, 2007**.

/s/ Joel P. Smith, Jr.
Joel P. Smith, Jr. (ASB-0328-M46J)

/s/ Courtney R. Potthoff
Courtney R. Potthoff (ASB-4565-057C)

Attorneys for Defendants,
PeopLease Corporation and Benny
Whitehead, Inc.

**OF COUNSEL:**
WILLIAMS, POTTHOFF, WILLIAMS, & SMITH, L.L.C.
Post Office Box 880
Eufaula, Alabama 36072-0880
Telephone:    (334) 687-5834
Facsimile:    (334) 687-5722

/s/ Jim S. Calton, Jr.
Jim S. Calton, Jr., Esq. (ASB-0968-L66J)
Attorney for Defendant
Benny Whitehead, Inc.

**OF COUNSEL:**
CALTON & CALTON
Post Office Box 895
Eufaula, Alabama 36072-0895
Telephone:    (334) 687-3563
Facsimile:    (334) 687-3564

**CERTIFICATE OF SERVICE**

  I hereby certify that I have this date served a copy of the foregoing upon the following counsel of record in this cause via electronic mail on this 30th day of January, 2007.

Jerry D. Roberson, Esq.
Roberson & Roberson
Post Office Box 380487
3765 Kenross Drive
Birmingham, Alabama  35238-0487

Albert H. Adams, Jr.
Irby Law Firm, LLC
Post Office Box 910
Eufaula, Alabama  36072-0910

            /s/  Joel P. Smith, Jr._____
            OF COUNSEL