IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **GLORIA DUNIPHIN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.: 2:06cv459-MHT |
| | ) |
| **BENNY WHITEHEAD, INC. and** | ) |
| **PEOPLEASE CORPORATION,** | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF BENNY PAUL WHITEHEAD

Before me, the undersigned authority for administering oaths, personally appeared Benny Paul Whitehead, who being by me first duly sworn, deposes and says as follows:

"1.  My name is Benny Paul Whitehead. I am an individual over the age of nineteen (19) years. I have personal knowledge of the facts contained herein. I am aware that this affidavit is being given in connection with a lawsuit styled *Gloria Duniphin v. Benny Whitehead, Inc. and PeopLease Corporation, et al.*, pending in the United States District Court for the Middle District of Alabama, Northern Division, Case No. 2:06-cv-459-MHT.

2.  I am employed at Benny Whitehead, Inc. as its President. Benny Whitehead, Inc. ("Whitehead") is a trucking company with an office and terminal in Eufaula, Alabama.

3.  Whitehead's primary freight customers are grocery store chains that contract with Whitehead to transport dry goods from the Southeast via its terminal in Eufaula to the West Coast, and, instead of returning with empty trailers, to then transport fresh produce from the West Coast to locations in Georgia and Florida.

1



DEFENDANT'S EXHIBIT B

4. Whitehead employs two types of truck drivers: (1) pickup and delivery drivers, who drive solo and (2) long haul team drivers, who drive in teams of two.

5. Pickup and delivery drivers make short solo runs from Eufaula to locations in the Southeast to pickup dry goods and return with them to the Eufaula terminal. A pickup and delivery driver must have substantial experience, including at least two years of over-the-road driving experience and the ability to back up the truck at loading docks. The pickup and delivery jobs require more experience and skill than the team driver jobs, because the driver must drive and back up without a team driver partner to assist. Whitehead employs seven pickup and delivery drivers.

6. The long haul team drivers transport the dry goods that are delivered to the Eufaula terminal by the pickup and delivery drivers to the West Coast, and then return with a load of fresh produce for delivery to points in Georgia and Florida.

7. Whitehead's insurance carrier generally requires that drivers must have two years' experience, which Ms. Duniphin does not have. If they do not have sufficient experience, they may team drive with a driver trainer. Ms. Duniphin was not qualified to make a solo run because of her lack of experience. The West Coast runs are made almost exclusively by team drivers, although occasionally Whitehead will allow a solo driver with more than two years' over-the-road driving experience to make the trip alone.

8. In general, Whitehead requires prospective drivers and existing team drivers who lose their partner to find their own team driving partner, and, in fact, most of its team drivers are married couples. It is difficult to partner females with anyone other than their husband because

other married males have wives who will not allow them to ride with another female. In addition, single males typically prefer to ride with a single female to avoid issues with the female's spouse.

9. Whitehead generally does not assign drivers to partners, but has done so on limited occasions, when a qualified driver is available and willing to partner with a prospective new driver or one who has lost his or her partner. On those limited occasions when Whitehead helps drivers find partners, its practice is to find partners and match them up, but only if they each agree to drive with one another.

10. The driver teams spend extended amounts of time together within the confines of a truck cab on their trips to the West Coast, so it is important for the team drivers to be able to work well together and get along with each other. In order to find partners who are agreeable to partner with one another, Whitehead asks the driver to express what criteria he or she will agree to in a partner, such as smoking or non-smoking, married or non-married. Whitehead does not force partners to drive together unless both partners are agreeable.

11. Whitehead pays the drivers on a percentage of the gross freight charge per load, and the team drivers generally split the payment on a 50/50 basis. Due to the nature of the labor market for truck drivers, Whitehead has a constant need for drivers, and always has team driver positions available. In fact, Whitehead has had open trucks constantly throughout 2005 to the present day.

12. When drivers are initially hired, Whitehead "holds back" $50 from each paycheck until a balance of $500 is reached, which is referred to as a driver's "hold-back money." The purpose of this is to provide security against loss in the event an employee leaves Whitehead's

employment after having damaged or abandoned its equipment or otherwise owing Whitehead money.

13. Gloria Duniphin is a white female who represented to Whitehead as having a date of birth of August 7, 1954. She was hired (who was then Gloria Smith) as a team driver on December 10, 2003. Her prior truck driving experience was limited to completion of truck driver school, and therefore she lacked two years' over-the-road truck driving experience necessary for a pickup and delivery driver job. The only driver position for which she was qualified was as a team driver, and due to her inexperience, she was required to partner with a trainer driver who had more than two years' verifiable over-the-road experience.

14. She did not have a partner when she applied, so Whitehead agreed to find a trainer driver willing to partner with her so she could become a team driver.

15. Ms. Duniphin was not, and to date is not, qualified for a position as a pickup and delivery driver because she lacks the two years of over-the-road driving experience. This lack of experience also renders her unqualified to make solo runs to the West Coast.

16. On September 30, 2004, she was in an accident while team driving a Whitehead truck, injuring her left shoulder.

17. While she was on workers compensation leave, her husband/driving partner failed a random drug screen on December 21, 2004, in violation of company policy and was terminated. As a result of her husband's termination, Ms. Duniphin no longer had a driver partner.

18. Whitehead found her a partner acceptable to her on February 14, 2005. She was temporarily teamed up and put back to work with D. A. Bryant, a 56-year-old white male. Ms. Duniphin made two or three team runs to and from the West Coast with Mr. Bryant. After returning from one of these trips, her physician diagnosed her with congestive heart failure and restricted her from driving. She took FMLA leave for approximately 12 weeks.

19. On June 16, 2005, she provided Whitehead a doctor's release clearing her to return to work. However, she was unable to find a driver partner.

20. Whitehead continued to try to identify a partner for Ms. Duniphin who would agree to drive with her, and whom she would accept as a partner, but was unsuccessful. At all times pertinent, Ms. Duniphin was, and still is, welcome to find her own qualified partner and return to work, but she has not done so.

21. Since her medical release in June 2005, Ms. Duniphin has not been able to work because she lacks a driver partner and two years of verifiable over-the-road driving experience that in her case is necessary to drive without a partner. She is not qualified to drive as a pickup and delivery driver otherwise solo, as she lacks two years' experience and the skills required to do the job, and does not meet any of the exceptions to the two-year experience requirement imposed by Whitehead's insurance carrier. Work is currently available to Ms. Duniphin if she has a qualified driver partner with two years' verifiable over-the-road driving experience, and work has been available under these circumstances at all times pertinent hereto. Ms. Duniphin's preferences that she would only drive with white people who smoke limited her partner options. Whitehead has a number of African-American drivers and Ms.

Duniphin refused to ride with anyone, male or female, who was not white and who did not smoke.

22. Whitehead averages between 45-60 trucks.

Further the affiant saith not.

_____
Benny Paul Whitehead
Date: January 29, 2007

STATE OF ALABAMA

BARBOUR COUNTY

Sworn to and subscribed before me on this the 29th day of January, 2007.

_____
Notary Public
My Commission Expires: 9/6/2010