IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **GLORIA DUNIPHIN,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No.: 2:06cv459-MHT ) |
| **BENNY WHITEHEAD, INC. and PEOPLEASE CORPORATION,** | ) ) ) |
| Defendants. | ) |

### AFFIDAVIT OF D. A. BRYANT

Before me, the undersigned authority for administering oaths, personally appeared D. A. Bryant, who being by me first duly sworn, deposes and says as follows:

"1.   My name is D. A. Bryant. I am an individual over the age of nineteen (19) years. I have personal knowledge of the facts contained herein. I am aware that this affidavit is being given in connection with a lawsuit styled *Gloria Duniphin v. Benny Whitehead, Inc. and PeopLease Corporation, et al.*, pending in the United States District Court for the Middle District of Alabama, Northern Division, Case No. 2:06-cv-459-MHT.

2.   I am a white male and my date of birth is June 8, 1950. I have been employed by Benny Whitehead, Inc. ("Whitehead") since October, 1996. Prior to that time, I had more than 25 years experience as a truck driver.

3.   I have had a commercial driver's license since 1968.

4.   I was initially hired by Whitehead as an over-the-road, long haul team truck driver and I made trips to and from the West Coast until January 2006, when I became a pickup and delivery driver. A "team" consists of two drivers.

5.   As an over-the-road, long haul team driver for Whitehead my primary run was a




DEFENDANT'S EXHIBIT
D

trip from the Southeast to the West Coast to deliver a load of dry goods to a customer there. While on the West Coast, we would pick up a load of fresh produce for delivery on the return trip to a customer in either Florida or Georgia. This was typical of all drivers making team runs.

6.   After I was hired, I brought my wife, Joyce Bryant, in to be qualified and interviewed as my partner. She was hired and I made team runs to and from the West Coast with her from 1996 to 2002. Most of the male/female teams at Whitehead are husband and wife teams.

7.   My wife and I divorced in 2002 because she found another partner and made team runs with him for Whitehead for a period of time.

8.   I was without a partner when Gloria Duniphin was released from workmen's compensation, and I made two or three trips to and from the West Coast with her before she was diagnosed with congestive heart failure. I only made a few trips with her over the course of a few months. We temporarily teamed together to see if it would work out.

9.   Gloria Duniphin could not back the truck into the loading docks, and she did not want to drive in California because she was uncomfortable, so I had to do most of the work. We were paid on a percentage with teams splitting the money evenly, and I did not want to be her long-term partner and split the percentage with her because I was doing most of the work.

10.   When Ms. Duniphin went on medical leave I was without a partner for a period of time. Whitehead looked for a partner for me but could not find one, so I ran a few loads by myself until Randy Luker called me looking for a partner. Randy Luker previously drove for

Whitehead, and he asked if he could return to Whitehead and be my partner, and I agreed.

11. I ran loads with Randy Luker until January 2006, when I became a local pick up and delivery driver. As a local pick and delivery driver, I make short trips to Georgia and Florida and I no longer travel to the West Coast.

12. A pick up and delivery driver must have substantial experience, and be able to back up the truck. Based upon my personal observations of Gloria Duniphin, she would not have been qualified for this position.

13. I have never witnessed anyone discriminating against any drivers at Benny Whitehead, Inc. on the basis of race, gender, age, for medical reasons or for any other reason."

Further the affiant saith not.

D. A. Bryant
Date: 1/25/2007

STATE OF Alabama
Barbour COUNTY

Sworn to and subscribed before me on this the 25th day of January, 2007.

Notary Public
My Commission Expires: 12/28/07