IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLORIA DUNIPHIN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )   Civil Action No.: 2:06cv459-MHT |
| | ) |
| BENNY WHITEHEAD, INC. and | ) |
| PEOPLEASE CORPORATION, | ) |
| | ) |
|    Defendants. | ) |

## AFFIDAVIT OF ROBERT KIRKHAM

Before me, the undersigned authority for administering oaths, personally appeared Robert Kirkham, who being by me first duly sworn, deposes and says as follows:

"1.   My name is Robert Kirkham. I am an individual over the age of nineteen (19) years. I have personal knowledge of the facts contained herein. I am aware that this affidavit is being given in connection with a lawsuit styled *Gloria Duniphin v. Benny Whitehead, Inc. and PeopLease Corporation, et al.*, pending in the United States District Court for the Middle District of Alabama, Northern Division, Case No. 2:06-cv-459-MHT.

2.   I am a white male and my date of birth is April 15, 1943. I was employed by Benny Whitehead, Inc. ("Whitehead"), as an over-the-road, long haul team truck driver for approximately three years, from April 2003 until May 2006.

3.   In October 2003 my wife, Debra Kirkham, was hired to drive for Whitehead and pursuant to our request she teamed with me and we drove together for approximately 2½ years. My wife is a white female and her date of birth is November 19, 1954.



DEFENDANT'S EXHIBIT E

4.     As team drivers, our primary run for Benny Whitehead, Inc. was a trip from the Southeast to the West Coast to deliver a load of dry goods to a customer there. While on the West Coast, we would pick up a load of fresh produce for delivery on the return trip to a customer in either Florida or Georgia. This was typical of all drivers making team runs.

5.     On each such return trip from the West Coast to the Southeast, Whitehead requires its drivers to stop at its truck yard in Eufaula, Alabama, to have the truck serviced and washed before finishing the delivery. After the truck is serviced and washed, the trucks are driven to either Florida or Georgia where the produce is off-loaded, and the truck returns the same day.

6.     On occasion when completing such a trip from the West Coast, and simply for mine and my wife's convenience, I would drop my wife off in Eufaula, and finish the run by myself to either Florida or Georgia. This last leg of the trip was not dispatched as a separate load or run, but was simply the end of a team run.

7.     While employed with Benny Whitehead, Inc. I never made a "single run" by myself while I had less than two years experience. A "single run," as opposed to a "team run," is a long haul trip by one driver to the West Coast to deliver a load and return with a load for delivery back to the Southeast as described above. As stated above, occasionally I finished the last leg of our "team run" from the West Coast back to the Southeast by dropping my wife off at our house, but that was not a "single run." On those rare occasions when I would drop off my wife in Eufaula, I was simply finishing the "team run" we had already been dispatched to complete. I was never dispatched to complete a "single run" as described.

8. I have never witnessed anyone discriminating against any drivers at Benny Whitehead, Inc. on the basis of race, gender, age, for medical reasons or for any other reason."

Further the affiant saith not.

Robert Kirkham
Date: 1/25/07

STATE OF Alabama

Barbour COUNTY

Sworn to and subscribed before me on this the 25 day of January, 2007.

Notary Public
My Commission Expires: 4/3/10