IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLORIA DUNIPHIN, | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   Civil Action No.:  2:06cv459-MHT |
| | ) |
| BENNY WHITEHEAD, INC. and | ) |
| PEOPLEASE CORPORATION, | ) |
| | ) |
|     **Defendants.** | ) |

### PEOPLEASE CORPORATION'S
### MOTION FOR SUMMARY JUDGMENT

COMES NOW the defendant PeopLease Corporation ("PeopLease" or "Defendant"), and moves this Court to grant summary judgment in its favor pursuant to Rule 56 of the *Federal Rules of Civil Procedure* on the grounds that there are no genuine issues of material fact to be submitted to a jury and this Defendant is entitled to the entry of judgment as a matter of law.[1]  In support of this motion, Defendant relies on the following:

1. Excerpts of the Deposition Testimony of Plaintiff Gloria Duniphin, attached hereto and made a part hereof as Exhibit A.

2. Affidavit of Deb Hiott, along with copy of Service Agreement attached as Exhibit 1 to her Affidavit, which are attached hereto and made a part hereof as Exhibit B.

3. Affidavit of Benny Paul Whitehead, attached hereto and made a part hereof as Exhibit C.

---

[1] PeopLease is contemporaneously filing a joint motion for summary judgment with co-defendant Whitehead addressing Plaintiff's substantive claims against both Defendants.

2

4. Defendant PeopLease Corporation's Brief in Support of its Separate Motion for Summary Judgment, filed contemporaneously with this motion.

WHEREFORE, based upon the foregoing, Defendant PeopLease Corporation respectfully request this Court grant its Motion for Summary Judgment and dismiss the Plaintiff's claims against it as a matter of law.

Respectfully submitted on this **30th** day of **January, 2007**.

/s/ Joel P. Smith, Jr.
Joel P. Smith, Jr. (ASB-0328-M46J)

/s/ Courtney R. Potthoff
Courtney R. Potthoff (ASB-4565-057C)

Attorneys for Defendant PeopLease Corporation

**OF COUNSEL:**
WILLIAMS, POTTHOFF, WILLIAMS, & SMITH, L.L.C.
Post Office Box 880
Eufaula, Alabama 36072-0880
Telephone:   (334) 687-5834
Facsimile:   (334) 687-5722

## CERTIFICATE OF SERVICE

    I hereby certify that I have this date served a copy of the foregoing upon the following counsel of record in this cause via electronic mail on this 30th day of January, 2007.

Jerry D. Roberson, Esq.
Roberson & Roberson
Post Office Box 380487
3765 Kenross Drive
Birmingham, Alabama  35238-0487

Albert H. Adams, Jr.
Irby Law Firm, LLC
Post Office Box 910
Eufaula, Alabama  36072-0910

Jim S. Calton, Jr.
CALTON & CALTON
Post Office Box 895
Eufaula, Alabama  36072-0895

                                            /s/  Joel P. Smith, Jr._____
                                            OF COUNSEL