LEGALINK, A MERRILL COMMUNICATIONS COMPANY
Court Reporting * Legal Videography * Trial Services

Page 1

1      IN THE UNITED STATES DISTRICT COURT
2        FOR THE MIDDLE DISTRICT OF ALABAMA
3                 NORTHERN DIVISION
4
5   CASE NUMBER:   2:06cv459-MHT       COPY
6
7   GLORIA DUNIPHIN,
8        Plaintiff,
9   vs.
10  BENNY WHITEHEAD, INC., and
11  PeopLease CORPORATION,
12       Defendants.
13
14
15  BEFORE:
16       Cynthia M. Noakes, Commissioner
17       and Court Reporter
18
19
20      DEPOSITION TESTIMONY OF GLORIA DUNIPHIN
21
22                    DEFENDANT'S EXHIBIT A
23         * * * * * *            * * * * * * * * * * *

1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

**LEGALINK, A MERRILL COMMUNICATIONS COMPANY**
Court Reporting * Legal Videography * Trial Services

Page 183

1  you're driving, right?

2  A.    Right.

3  Q.    Okay.  There's nobody from PeopLease that's

4  at the Benny Whitehead location in Eufaula,

5  correct, that you know about?

6  A.    That I know about.

7  Q.    I mean, all your contact with PeopLease was

8  by phone; is that correct?

9  A.    Right.  Or through one of Benny's employees.

10 Q.    Okay.  But you got a check from PeopLease

11 and you got a W-2 from PeopLease?

12 A.    Right.

13       MS. POTTHOFF:  To clarify for you, it's

14 like Benny Whitehead, Inc., PeopLease.

15       MR. ROBERSON:  Whatever.  Okay.

16       MS. POTTHOFF:  So it has both.

17 Q.    But you are dispatched -- that is, your

18 loads are assigned in Eufaula, right, by people

19 you believe work for Benny Whitehead, right?

20 A.    Yes.

21 Q.    It wasn't anybody at PeopLease that says,

22 You've got a load; come on down here?

23 A.    Correct.

```
 1                    C E R T I F I C A T E

 2   STATE OF ALABAMA    )

 3   COUNTY OF JEFFERSON )

 4

 5              I hereby certify that the

 6   above and foregoing proceeding was taken

 7   down by me by stenographic means, and that

 8   the content herein was produced in

 9   transcript form by computer aid under my

10   supervision, and that the foregoing

11   represents, to the best of my ability, a

12   true and correct transcript of the

13   proceedings occurring on said date at said

14   time.

15              I further certify that I am

16   neither of counsel nor of kin to the

17   parties to the action; nor am I in anywise

18   interested in the result of said case.

19

20
                      CM Noakes
21   ------------------------------------------

22         Court Reporter and Commissioner

23
```