IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GLORIA DUNIPHIN, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:06cv459-MHT |
| | ) | |
| BENNY WHITEHEAD, INC., and | ) | |
| PEOPLEASE CORPORATION, | ) | |
| | ) | |
|    Defendants. | ) | |

### ORDER

It is ORDERED that the motions for summary judgment (doc. nos. 19 & 21) are set for submission, without oral argument, on February 15, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 1st day of February, 2007.

                                          /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE