IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

GLORIA DUNIPHIN,              )
                              )
   Plaintiff,                 )
                              )       CIVIL ACTION NO.
   v.                         )       2:06cv459-MHT
                              )
BENNY WHITEHEAD, INC., and    )
PEOPLEASE CORPORATION,        )
                              )
   Defendants.                )

## ORDER

It is ORDERED that the part of Section 2 of the uniform scheduling order (doc. no. 13) requiring that courtesy copies be sent to the court is vacated.

DONE, this the 1st day of February, 2007.

                                  /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE