IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLORIA DUNIPHIN, ) | |
| ) | |
|      **Plaintiff** ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | |
| BENNY WHITEHEAD, INC. and ) | 2:06-cv-00459-MHT |
| PEOPLEASE CORPORATION. ) | |
| ) | |
|      **Defendants.** ) | |

**JOINT MOTION TO EXTEND SUMMARY JUDGMENT RESPONSE DEADLINE**

COME NOW all counsel for all parties and jointly move this Court for an order extending the summary judgment response time, which is presently scheduled for February 15th, until March 1st. As grounds for said motion, the parties would show unto this Court as follows:

1.  The deposition of the Plaintiff Gloria Duniphin was taken on January 11, 2007.

2.  Counsel for the Plaintiff is a solo practitioner located in Birmingham.

3.  The Defendant Peoplease Corporation is a South Carolina corporation with no offices or personnel located in Alabama.

4.  Counsel for Plaintiff has out of town depositions scheduled for February 5th, and local depositions scheduled February 6th in *John Phillips v. Aaron Rents*, 2:06-cv-1282-IPJ.

5.  Counsel for Plaintiff is mediating the case of *Cresheva Davis v. Regions*

*Bank* 2:06-cv-264-MHT in Montgomery on February 8th. That case is also pending before this honorable Court.

    6.    Counsel for Plaintiff has a trial of a retaliation case which is scheduled for February 12th in the Southern District of Alabama, *McCann v. Tillman, et al.*, 1:05-cv-00364-WS-B.

    7.    All counsel have agreed that there is no mutually convenient time for representatives of Peoplease to come to Alabama to be deposed prior to the current deadline expiring.

    8.    Counsel for all parties jointly move to extend the deadline for two weeks, in order to obtain the deposition of Peoplease Corporation, and so that time for a transcript of the deposition can be prepared.

Respectfully submitted,

s/Jerry Roberson

_____
Jerry D. Roberson
ROBERSON & ROBERSON
P.O. Box 380487
Birmingham, Alabama 35238-0487
Phone Number:    205.981.3906
Fax Number:    205.981.3908

s/ Courtney Potthoff (w/permission)

_____
Courtney R. Potthoff, Esq.
WILLIAMS, POTTHOFF, WILLIAMS
& SMITH, L.L.C.
Post Office Box 880
Eufaula, Alabama 36027

s/Jim Calton (w/permission)

_____

Jim S. Carlton, Esq.
226 East Broad Street
P.O. Box 895
Eufaula, Alabama 36072-0895