IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GLORIA DUNIPHIN, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv459-MHT |
| | ) | |
| BENNY WHITEHEAD, INC., and | ) | |
| PEOPLEASE CORPORATION, | ) | |
| | ) | |
|    Defendants. | ) | |

## ORDER

It is ORDERED as follows:

(1) The motion to extend (doc. no. 25) is granted.

(2) The motions for summary judgment (doc. nos. 19 & 21) are reset for submission, without oral argument, on March 1, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 7th day of February, 2007.

                             /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE