IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLORIA DUNIPHIN, ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | |
| BENNY WHITEHEAD, INC. and ) | 2:06-cv-00459-MHT |
| PEOPLEASE CORPORATION. ) | |
| ) | |
|     Defendants. ) | |

## MOTION FOR MEDIATION

COME NOW the parties in the above styled matter and in compliance with this Court's Order advise the Court as follows:

1. The parties have had a face-to-face settlement discussion at the deposition of PeopLease and Benny Paul Whitehead which occurred on February 20, 2007. The parties engaged in good faith efforts to settle the case but the meeting did not result in resolution.

2. Since the above depositions, counsel for all parties have agreed to ask this Court to enter an order of mediation. Counsel for the parties will agree on a suitable mediator and will obtain a date at the earliest available time according to the mediator.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully requests this Court enter an Order directing the parties to engage in voluntary mediation.

          Respectfully submitted,

          s/Jerry Roberson
          Jerry Roberson (ROB010)
          Roberson & Roberson
          3765 Kinross Drive
          P.O. Box 380487
          Birmingham, Alabama 35238-0487
          Phone Number:     205.981.3906
          Fax Number:       205.981.3908
          E-mail: jdratty@charter.net
                  tlbaker@charter.net

Albert H. Adams, Jr., Esquire
RUSSELL IRBY LAW FIRM
257 West Broad Street
Eufaula, AL  36027-0910
(334) 687-6672

## CERTIFICATE OF SERVICE

_____I hereby certify that on the 26th day of February, 2007, I electronically filed the foregoing with the Clerk of the Court using the using the Electronic Filing system which will send notification of such filing to the following:

Courtney R. Potthoff, Esq.
Joel P. Smith, Esq.
WILLIAMS, POTTHOFF, WILLIAMS
& SMITH, L.L.C.
Post Office Box 880
125 South Orange Avenue
Eufaula, Alabama 36027

Jim S. Carlton, Esq.
226 East Broad Street
P.O. Box 895
Eufaula, Alabama 36072-0895

          s/Jerry Roberson
          Jerry Roberson (ROB010)