IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **GLORIA DUNIPHIN,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | |
| **BENNY WHITEHEAD, INC.** and ) | 2:06-cv-00459-MHT |
| **PEOPLEASE CORPORATION.** ) | |
| ) | |
| **Defendants.** ) | |

### PLAINTIFF'S NOTICE OF FILING OF EVIDENTIARY MATERIALS IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

**COMES NOW** Gloria Duniphin, Plaintiff in the above styled action, by and through her undersigned counsel of record, and files the following evidentiary materials in Opposition to the Defendant's Motion for Summary Judgment:

Exhibit 1.   FMLA Leave Application

Exhibit 2.   Doctor's Excuse

Exhibit 3.   Peoplease Corporation Record Notes Report

Exhibit 4.   Service Agreement between Peoplease and Benny Whitehead, Inc.

Exhibit 5.   Affidavit of Deb Hiott

Exhibit 6.   Peoplease Personnel Status change

Exhibit 7.   Defendant Benny Whitehead's Responses to Plaintiff's First Interrogatories

Exhibit 8.  Letter from Duniphin to Eddie dated 8/29/05

Exhibit 9.  Affidavit of Gloria Duniphin

Exhibit 10.  Letter from Duniphin to Eddie dated 12/05/05

Exhibit 11.  Benny Whitehead Personnel Sheet

Exhibit 12.  Letter from Eddie Whitehead to Gloria Duniphin dated 12/9/05

Exhibit 13.  Deposition of Benny Paul Whitehead

Exhibit 14.  Deposition of Deborah Hiott

Exhibit 15.  Deposition of Duniphin

Respectfully submitted,

s/Jerry Roberson
Jerry Roberson (ROB010)
Roberson & Roberson
3765 Kinross Drive
P.O. Box 380487
Birmingham, Alabama 35238-0487
Phone Number:    205.981.3906
Fax Number:      205.981.3908
E-mail: jdratty@charter.net
        tlbaker@charter.net

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 28th day of February, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Courtney R. Potthoff, Esq.
Joel P. Smith, Esq.
WILLIAMS, POTTHOFF, WILLIAMS
& SMITH, L.L.C.
Post Office Box 880
125 South Orange Avenue
Eufaula, Alabama 36027


Jim S. Carlton, Esq.
226 East Broad Street
P.O. Box 895
Eufaula, Alabama 36072-0895

                                            s/Jerry Roberson
                                            Jerry Roberson (ROB010)