Employer Response to Employee
Request for Family or Medical Leave
(Optional Use Form -- See 29 CFR § 825.301)

U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division



(Family and Medical Leave Act of 1993)

Date: June 6, 2005

OMB No.: 1215-0181
Expires: 07/31/04

To: Gloria Duniphin
(Employee's Name)

From: Pam Ozmore, Benefits Administrator
(Name of Appropriate Employer Representative)

Subject: REQUEST FOR FAMILY/MEDICAL LEAVE

On 5/11/05 (Date), you notified us of your need to take family/medical leave due to:

☐ The birth of a child, or the placement of a child with you for adoption or foster care; or

☒ A serious health condition that makes you unable to perform the essential functions for your job; or

☐ A serious health condition affecting your ☐ spouse, ☐ child, ☐ parent, for which you are needed to provide care.

You notified us that you need this leave beginning on 4/08/05 (Date) and that you expect leave to continue until on or about 6/28/05 (Date).

Except as explained below, you have a right under the FMLA for up to 12 weeks of unpaid leave in a 12-month period for the reasons listed above. Also, your health benefits must be maintained during any period of unpaid leave under the same conditions as if you continued to work, and you must be reinstated to the same or an equivalent job with the same pay, benefits, and terms and conditions of employment on your return from leave. If you do not return to work following FMLA leave for a reason other than: (1) the continuation, recurrence, or onset of a serious health condition which would entitle you to FMLA leave; or (2) other circumstances beyond your control, you may be required to reimburse us for our share of health insurance premiums paid on your behalf during your FMLA leave.

This is to inform you that: (check appropriate boxes; explain where indicated)

1. You are ☒ eligible ☐ not eligible for leave under the FMLA.

2. The requested leave ☒ will ☐ will not be counted against your annual FMLA leave entitlement.

3. You ☒ will ☐ will not be required to furnish medical certification of a serious health condition. If required, you must furnish certification by on file (insert date) (must be at least 15 days after you are notified of this requirement), or we may delay the commencement of your leave until the certification is submitted.

4. You may elect to substitute accrued paid leave for unpaid FMLA leave. We ☐ will ☒ will not require that you substitute accrued paid leave for unpaid FMLA leave. If paid leave will be used, the following conditions will apply: (Explain)

PLAINTIFF'S EXHIBIT
1
Hiott
PENGAD 800-631-6989

Duniphin v. BWI (Federal)
PeopLease 000107

Form WH-381
Rev. June 1997

cc: Benny Whitehead