# Northside**Cardiology**

arry D. Silverman, M.D., FACC, FACP
ack P. Chen, M.D., FACC, FCCP
lichael A. Balk, M.D., FACC
Van-Thomas Crisco, M.D., FACC

*Cardiac Catheterization*

*Consultative Cardiology*

*Echocardiography*

*Holter Monitoring*

*Interventional Cardiology*

*Nuclear Cardiology*

*Pacemaker Implantation*

*Preventive Cardiology*

*Stre. hocardiography*

June 8, 2005
Date

To Whom It May Concern:

Dloria Duniphin _____ may return to work as of

6/13/05 _____. If you have any questions regarding the

above patient, please feel free to contact me.

Sincerely,



☐ Barry D. Silverman, MD, FACC, FACP
☐ Jack P. Chen, MD, FACC, FCCP
☑ Michael A. Balk, MD, FACC
☐ L. Van-Thomas Crisco, MD, FACC
☐ Narendra Singh, MD, FACC, FAHA
☐ Evan Weisman, MD, FACC, FACP

960 Johnson Ferry Road
Suite 500
Atlanta, Georgia 30342
Office (404) 256-2525
Fax (404) 256-2535
www.atlantanorthsidecardio.com

PLAINTIFF'S
EXHIBIT
2
Hiott
PENGAD 800-631-6989

*Affiliated with:*

*Saint Joseph's Hospital of Atlanta*
*Healing Hands, Caring Hearts, Teaching Lives.*

*and*

NORTHSIDE HOSPITAL

Duniphin v. BWI (Federal)
PeopLease 000106

imac:Dana:Forms:Form Letters:Return to Work.com

p. 1          334 687 0710          BWI    04:14p    Dec 01 05