Company:  PeopLease Corporation
System:     12/1/05      3:09:37 PM                                    Page:   1
User Date:  12/1/05                                                    User ID:debh

RECORD NOTES REPORT

Note ID:                                              Created/Last Modified:
01530SMIG                                             12/1/05     11:36:10 AM

10/14/04- WC Claim- EE off work since 10/5/04.  kw

Changed to Office 11/8/04. ct

2/15/05 - RTW from WC 1/15/05 - kp

Changed back to Driver, off light duty 2/16/05 ct

5/11/05-Sent FMLA paperwork by certified mail.  EE has 15 days
from receiving packet to supply required docs.  PS'd
paytech/client.  POzmore
6/3/05-Rec'd certified mail receipt for FMLA packet & drs. cert
for FMLA.  FMLA approved for max 12 weeks from 4/5 (based on
last check) until 6/28/05.  Sent copy to client & PS paytech.
POzmore

Vol. Quit 6/28/05 did not return from FMLA.  7/13/05 ct

12/01/05 - EE called to inquire on work status.  She stated
that she was released to come back to work 6/13 or 6/16 and
Benny Whitehead received a copy of the Dr.'s release.  She has
met with Benny Whitehead, but they have not returned her to
work.  She stated they keep putting her off and telling her
that they do not have anyone for her to ride with, but she
knows they have single runs as well.  Will discuss with Star
and contact EE.  JThompson



PLAINTIFF'S
EXHIBIT
3
Hiott