IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLORIA DUNIPHIN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No.: 2:06cv459-MHT ) |
| BENNY WHITEHEAD, INC. and PEOPLEASE CORPORATION, | ) ) ) |
| Defendants. | ) |

### AFFIDAVIT OF DEB HIOTT

Before me, the undersigned authority for administering oaths, personally appeared Deb Hiott, who being by me first duly sworn, deposes and says as follows:

"1.   My name is Deb Hiott. I am an individual over the age of nineteen (19) years. I have personal knowledge of the facts contained herein. I am aware that this affidavit is being given in connection with a lawsuit styled *Gloria Duniphin v. Benny Whitehead, Inc. and PeopLease Corporation, et al.*, pending in the United States District Court for the Middle District of Alabama, Northern Division, Case No. 2:06-cv-459-MHT.

2.   I am employed with PeopLease Corporation as its Human Resources and Benefits Manager. As part of my job duties at PeopLease, I am familiar with the employment practices of PeopLease.

3.   PeopLease Corporation ("PeopLease") is a professional employer organization engaged in the business of leasing its employees to various businesses. Whitehead's employees are "leased" to them through a contractual agreement with

1


DEFENDANT'S EXHIBIT B

PeopLease. A true and correct copy of the Service Agreement by and between PeopLease and Whitehead is attached hereto as Exhibit 1 to my affidavit.

4. PeopLease is a personnel leasing company based in South Carolina. PeopLease has clients throughout the United States. Client employees are "leased" through a contractual service agreement with PeopLease and the client companies. Client companies exercise almost complete control over all aspects of their employees' terms and conditions of employment, including most decisions regarding hiring, job assignments, discipline and discharge. On occasion, client companies consult with PeopLease for advice on discretionary issues and on occasion, PeopLease will exercise its right to fire an employee or refuse to hire an applicant. Primarily, PeopLease provides payroll administration and benefits services to the client companies.

5. Ms. Duniphin is not currently listed as an active employee since she has not worked in some time. If an employee has not received a payroll check in several weeks they are considered inactive.

6. As part of its routine practice, PeopLease makes inquiries about inactive employees. Prior to December, 2005, PeopLease inquired about Plaintiff's status and Whitehead informed PeopLease that she had refused a load in September, 2005 and had been unable to find a qualified partner and was inactive. In order to reflect her inactive status she was considered a voluntary quit.

7. PeopLease does not assign drivers to teams nor does it dispatch any loads to drivers.

2

8. PeopLease did not make any decisions regarding Ms. Duniphin's job assignments or employment status.

9. PeopLease did not make any decisions regarding the return of Ms. Duniphin's 'hold-back money'."

Further the affiant saith not.

_____
Deb Hiott

STATE OF SOUTH CAROLINA )
                        )
CHARLESTON COUNTY       )

Before me, the undersigned Notary Public, appeared Deb Hiott, who is known to me, and first being duly sworn, deposed and stated that the averments of this affidavit are true and correct, and who executed this affidavit in person and in my presence with her hand and seal, on this the 30th day of January, 2007.

_____
Notary Public
My Commission Expires: _____

Judith L. Simmons
NOTARY PUBLIC
South Carolina
My Commission Expires 9/29/16

3