*To: Crystal*

# PeopLease CORPORATION



## PERSONNEL STATUS CHANGE

Employee Code: **53DSMI6**     ( ) New Hire  ( ) Rehire  ( ) Termination  ( ) Change

Company Name: **Benny Whitehead, Inc.**

| Reason for Submitting | A. ( ) Employee Information | C. ( ) Job Information | E. (✓) Termination/Layoff |
|---|---|---|---|
|  | B. ( ) Tax Information | D. ( ) Salary Information |  |

### A. EMPLOYEE INFORMATION (Please print legibly)

1. Name: **Gloria Duniphin**
2. Address: _____ [Street]
3. City: _____    County: _____
4. State: ____   Zip: ____    5. Telephone: ____
6. Social Security: **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**    7. Date of Birth: ____

### B. TAX INFORMATION

*asick +805*

1. Marital Status: ____    2. # of Exemptions: ____ Federal ____ State
3. Name of County: ____   4. Local Authority: ____

### C. JOB INFORMATION

1. First date worked: **12-10-03**    2. Salary Increase: ☐ Yes ☐ No
   (If "Yes", please complete Section D)
3. Position - Present: ____    4. Dept. or Location - Present: ____
   Change to: ____              Change to: ____
5. Effective Date: ____

**PLAINTIFF'S EXHIBIT 6  Hiott**

### D. SALARY & PAYROLL DEDUCTION INFORMATION

1. Effective Date: ____    2. Hourly Rate: $ ____    Mileage Rate: $ ____
3. Pay Frequency: ____    4. Salary: Annual $ ____   Weekly $ ____
5. Full Time ☐ or Part Time ☐    6. Reason for Change: ____

*(If changing payroll deductions, attach appropriate forms or write reason on back of this form.)*

 

**SEE OVER - COMPLETE OTHER SIDE IN DETAIL**
**SIGNATURE REQUIRED ON OTHER SIDE**

Duniphin v. BWI (Federal)
PeopLease 000033

Nov. 2. 2006  4:44PM   PEOPLEASE                                    No. 7114   P. 3

E.   **TERMINATION / LAYOFF / REHIRE / FMLA**

1. Last Date Worked: _____   2. Rehire:  ☐ Yes   ☐ No
                                              (If "Yes", please complete Section D)

3. (·') Vol. Quit     ( ) Lack of Work     ( ) Discharge     ( ) FMLA

**FILL OUT COMPLETELY**

(✓)  **VOLUNTARILY QUIT:**
On or about [date], employee informed Stacey & Eddie [Name/Title] that his/her last day of employment would be 9/8/05 [date], and stated his/her reason for leaving as: was unable to leave going out on load b/c of personal reasons. She was going out of town.

( )  **LACK OF WORK:**
Employee was laid off due to lack of work by _____ [Name/Title] on _____ [date]. We intend to rehire the employee in _____ days/weeks/months [circle one].

( )  **INVOLUNTARY DISCHARGE:** Employee was discharged by _____ _____ [Name/Title] on _____ [date] for the following reason(s): (Be very specific with dates and details.) _____

( )  Employee was previously warned about his/her job performance on the following dates: _____ by _____ [Name/Title]. The previous warnings were ☐ oral / ☐ written (if written, attach copies). The company ☐ does / ☐ does not have a written policy addressing the issues in this discharge. (If it does, attach a copy of the policy.)

NOTE: PLEASE SEND PEOPLEASE / PLC COPIES OF ANY DOCUMENTATION THAT SUPPORTS THE DISMISSAL. THIS IS IMPORTANT FOR UNEMPLOYMENT HEARINGS AND LEGAL PROCEEDINGS.

Additional Comments: _____

( )  **FMLA** (Family and Medical Leave Act):
Last date worked: _____
Was employee informed of possible FMLA entitlement?   ☐ Yes   ☐ No

F.  **AUTHORIZATION**
    *Client Company On-Site Supervisor Authorized Signature:*
By: _S. Lawson_ [Signature] Date: _____
Print Name of On-Site Supervisor Signing This Form: Stacey Lawson

Duniphin v. BWI (Federal)
PeopLease 000034