

PLAINTIFF'S EXHIBIT 2 Whitehead

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLORIA DUNIPHIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv459-MHT |
| ) | |
| BENNY WHITEHEAD, INC. and ) | |
| PEOPLEASE CORPORATION, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT BENNY WHITEHEAD, INC.'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES

COMES NOW the Defendant, Benny Whitehead, Inc. ("Benny Whitehead") by and through its counsel of record, and responds to Plaintiff's First Interrogatories, as follows:

1. Identify all persons, providing their names, address, and job title, who are supervisors for the plaintiff, Gloria Duniphin.

RESPONSE: Robert Buntin, Dispatcher, c/o Benny Whitehead, Inc.; Eddie Whitehead, Director of Safety & Maintenance, c/o Benny Whitehead, Inc.; Benny Whitehead, Inc., President, c/o Benny Whitehead, Inc.

2. For each person identified in interrogatory number one, state with specificity every action taken by each person listed to find a team driver to pair with Gloria Duniphin since June 12, 2005.

RESPONSE: Ms. Duniphin's first driving partner was terminated from his employment pursuant to company policy after a positive random drug screening.

Ms. Duniphin was later teamed up with another partner on February 14, 2005. She worked for a couple of weeks until she discovered she had a heart condition that restricted her from driving. She was hospitalized from March 3, 2005 through March 6, 2005. She was offered FMLA and was off 12 weeks. She provided Benny Whitehead with a doctor's release on or about June 16, 2005 that permitted her to return to work. However, she as unable to find a driver partner which is ultimately the driver's responsibility. On or about September 9, 2005, she was offered another partner. She refused due to having to attend a birthday party in Texas. Subsequently, she has been unable to work because of a lack of a driver partner as well as lacking two years verifiable over the road driving experience that is necessary to drive a single load without a partner. Ultimately, it is the responsibility of the driver to find a driving partner. She requested we test her son to see if he could qualify as her driver partner. He was tested but he was not qualified.

3. Do you contend that the Plaintiff is still an employee of Benny Whitehead, Inc.? If your answer is yes, state the name, address and last known telephone number of each employer who currently works for your firm who has received their hold-back money.

RESPONSE: Defendant contends that work is currently available to Ms. Duniphin if she has a qualified driver partner with two years verifiable over the road driving experience. She is not qualified to drive solo because she lacks two years verifiable over the road driving experience. Since she has not worked in some time she is not currently listed as an active employee.

4. If you claim that the Plaintiff's employment has been terminated, state every reason Ms. Duniphin's employment was terminated and the person or persons making the decision to terminate her.

**RESPONSE: Benny Whitehead's records do not indicate that she was fired but that she voluntarily quit. She is not currently listed as an active employee since she has not worked in some time. However, work is currently available to her if she has a qualified driver partner with two years' verifiable over the road driving experience. She is not qualified to drive solo because she lacks two years verifiable over the road driving experience.**

5. Identify all truck drivers who have been hired since January 1, 2004, who, at their hiring date, did not have a team driver to work with. For each said person, provide their name, address, date of hire, whether still employed, date of birth, last known telephone number, and the person to whom they were assigned to work with as a team driver.

**RESPONSE: Defendant does not maintain records of who does or does not have a team driver to work with at their hiring date. It is stated up front during the interviews and in job opening advertising that the company hires team drivers. There are only 4 or 5 single drivers and they are delivery drivers only. It is the driver's responsibility to have a partner when accepting a position with Benny Whitehead. When possible Benny Whitehead assists drivers but it is not their responsibility to find partners for their drivers.**

6. Identify the Benny Whitehead, Inc. employee most knowledgeable concerning the Plaintiff's compensation and employment related benefits.

**RESPONSE:** Amy Culpepper.

7. Identify the person or persons who replaced the Plaintiff or assumed the Plaintiff's duties.

**RESPONSE:** **No one replaced Ms. Duniphin or assumed her duties. Work is currently available to Ms. Duniphin if she has a qualified driver partner with two years verifiable over the road driving experience. She is not qualified to drive solo because she lacks two years verifiable over the road driving experience.**

8. Identify the employee of Benny Whitehead, Inc. who is most knowledgeable concerning the hiring, training, recruitment, and retention of Benny Whitehead employees.

**RESPONSE:** Eddie Whitehead.

9. State whether you contend that Benny Whitehead, Inc. is not the employer or joint employer of the Plaintiff, Gloria Duniphin. If so, state with specificity who supervised the Plaintiff, who made work assignments, who instructed the Plaintiff, who provided the equipment and truck for the Plaintiff, and every reason you contend she was not an employee of Benny Whitehead, Inc.

**RESPONSE:** **Benny Whitehead's employees are "leased" to them through a contractual agreement with PeopLease. Benny Whitehead exercises control over all aspects of its employee's terms and conditions of employment, including all decisions regarding hiring, job assignments, discipline and discharge. Primarily, PeopLease provides payroll administration and benefits services to Benny Whitehead employees.**

10. State whether you contend that Gloria Duniphin was a joint employee of PeopLease Corporation. If you contend that she was not an employee of PeopLease, state every reason you so contend.

**RESPONSE: Benny Whitehead contends its employees are "leased" to them through a contractual agreement with PeopLease. Benny Whitehead exercises control over all aspects of its employee's terms and conditions of employment, including all decisions regarding hiring, job assignments, discipline and discharge. Primarily, PeopLease provides payroll administration and benefits services to Benny Whitehead employees.**

11. The name, address, and home telephone number for each person who has worked for Benny Whitehead, Inc. as a driver trainer since January 1, 2004.

**RESPONSE: Drivers are not a categorized as trainers. See list of Benny Whitehead Drivers for 2004, 2005, and 2006 produced by PeopLease pursuant to the protective order entered into in this matter.**

12. State the name, address, and telephone number for all shareholders of Benny Whitehead Inc. for the years 2004, 2005, 2006, providing the number of shares owned and percentage of company ownership.

**RESPONSE: This Defendant objects to this request as irrelevant, immaterial, not reasonably calculated to lead to the discovery of relevant or admissible evidence and as seeking confidential and private information.**

13. State the name, address, telephone number of all team truck drivers working for this Defendant on June 12, 2005, stating whether they are currently employed with this Defendant, and date of hire with this Defendant.

<u>RESPONSE</u>: Drivers are not listed separately in teams. See list of all Benny Whitehead Drivers for 2004, 2005, and 2006 produced by PeopLease pursuant to the protective order entered into in this matter.

STATE OF ALABAMA )
          )   ACKNOWLEDGMENT
BARBOUR COUNTY )

I, _Eddie Whitehead_, whose name is signed to the foregoing document, as _Safety Director_ of Benny Whitehead, Inc. and who is known to me, acknowledged before me on this day, that being informed of the contents of the responses, she executed the same voluntarily on the day the same bears date, in her official capacity for and as the act of said corporation.

**BENNY WHITEHEAD, INC.**

By: _[signature]_
Its _Safety Director_

Sworn to and subscribed before me on this _3rd_ day of ~~December, 2006~~ January, 2007.

_[signature]_
Notary Public

My commission expires: _12/28/07_

_[signature]_
Courtney R. Potthoff   (POT010)

One of the Attorneys for Defendant Benny Whitehead, Inc.