Aug. 29, 2005

Dear Eddie,

As you know I have been released to return to work now for about 2½ months. I am in a bind financially and need to work. I am willing to run solo.

Thank You,
Gloria Duniphin



PLAINTIFF'S EXHIBIT
68
Whitehead