IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLORIA DUNIPHIN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | |
| BENNY WHITEHEAD, INC. and ) | 2:06-cv-00459-MHT |
| PEOPLEASE CORPORATION. ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF GLORIA DUNIPHIN

COMES NOW Gloria Duniphin, and after being duly sworn, does state under oath as follows:

My name is Gloria Duniphin. I was born on August 7, 1954. I am a white female. I have been a widow since my late husband Mike Duniphin passed away. I am over nineteen (19) years of age and I have personal knowledge of the below stated facts.

I was hired straight out of truck driving school by Benny Whitehead, Inc. (hereinafter BWI). At the time I was hired, I did not have any truck driving experience. I did not know anyone who was a driver for BWI. I was initially assigned to work with a trainer, Mike Duniphin, by personnel at BWI. I did not request him as a partner and did not know anything about him. I was only told that he was my assigned trainer.

I worked with Mike as a team driver from December 2003 until September 2004. Mike and I were married on June 5, 2004. Mike and I made trips to the west coast. At times I made approximately $800.00 per week as a truck driver for BWI. I loved working

as a truck driver.

In September 2004, I was involved in an accident in El Paso, Texas. The accident was not my fault. I filed a lawsuit and alleged that I was injured by the negligence of an uninsured motorist. I had a recovery in that lawsuit. I would not have received settlement funds if I was at fault.

I injured my arm and elbow in the accident. I was off for a period of time on worker's compensation. I was eventually allowed to return to work after I had surgery on my elbow.

While I was off hurt, Mike and I went to a Christmas party. Mike unknowingly ate some brownies that had marijuana in them. He did not learn that the brownies contained marijuana until he failed his random drug test with BWI. Mike had been a truck driver for many years. He had never had any problem with any prior drug test. He did not use drugs.

I was released to return to work from my worker's compensation injuries. A short time later, I was assigned to ride with D.A. Bryant. This assignment was made by the dispatcher for BWI. I did not request D.A. Bryant as a partner. Thus, I was assigned a partner on two occasions by BWI before I went on FMLA leave.

I made two trips with D. A. Bryant. He had no criticism of my driving performance while I worked with him. I split the money (BWI pays a percentage of the load) with D. A. Bryant. In March of 2005, I suffered congestive heart failure. I was hospitalized for this serious health condition. I underwent surgery and had some stents inserted. I went off work on an approved FMLA leave. I took BWI documents showing the nature of my leave and the illness for which I was being treated. In June 2005, I was released to return to

work. I provided my medical release authorization to Stacy at BWI. This occurred in June 2005.

Since June 2005 I have not been allowed to work as a truck driver for BWI. I have never been dispatched for any load. I have made numerous efforts to return to work for them. I have been to the office several times. I have contacted them by phone on numerous occasions. I have written at least two letters to them. However, I have never been assigned to work as a truck driver.

I was always told the same story by employees of BWI. They tell me they have been unable to find a partner for me. From June 2005 until December 2005, I was never told by anyone at BWI that I was responsible for finding a partner. After I wrote my second letter to BWI, I received a letter dated December 9th advising me for the first time that it was my responsibility to find a partner. I do not even know who works as a truck driver with over two years experience that is employed with BWI.

I was never advised of any freight that I could deliver for BWI other than on one occasion. This was when I was called and told that BWI had found a partner for me and would be calling me. When I did not hear from anyone in 2-3 days, I contacted BWI. I was told that my partner had backed out, as he did not want to work with a married woman. This was the only contact I had with BWI where I was ever advised of any potential load.

It is a false statement to say that I refused a load. I did go to BWI's office to seek their financial assistance with a payment from the driver's fund. I told BWI that I was going to Mike Duniphin's grandmother's 100th birthday party in Texas. This was a once in a lifetime event. I did travel to Texas for her birthday party. No one at BWI called me and offered me a load and I had no messages on my answering machine.

I have never had any requirements for my assigned partner. I expressed a preference to BWI that because I smoke, I requested a partner who did not object to my smoking. Team drivers are in close quarters for approximately a week at a time. Obviously, if someone smokes and the other driver objects to it, it becomes an unmanageable situation.

I only expressed a preference that I not be teamed with a black male. I had no preference as concerns a black female. I would welcome the opportunity to work with a black female. My late husband requested that I not be teamed with a black male as he thought that would subject me to ridicule in the community as I am from a small town. I have never refused to work with blacks.

I paid Alabama state income taxes while I worked as a driver for BWI. I am formerly a resident of Alabama. After months of no income and after my husband died, I moved back to LaGrange, Georgia in June 2006.

After not receiving a paycheck for over six months, I filed for unemployment. I had an unemployment hearing that I attended at Courtney Potthoff's office in Eufaula. Eddie Whitehead was present on behalf of BWI. Eddie Whitehead stated under oath at the hearing that I was still employed with BWI. He claimed that I had the responsibility for finding a partner. I was denied unemployment benefits in Georgia because Eddie claimed I was still employed with B WI.

Further the affiant saith not.

_____
Gloria Duniphin

STATE OF ALABAMA      }

JEFFERSON COUNTY    }

The signature of Gloria Duniphin was affirmed to me on the 28th day of February, 2007 by Gloria Duniphin.

_____
NOTARY PUBLIC

My Commission Expires: _____