December 5, 2005

Eddie Whitehead
3265 S. Eufaula Ave.
Eufaula, Al. 36027

    Re:    Returning to Work

Dear Eddie:

As you know, I was released by my doctor to return to work on June 16, 2005. I brought my FMLA paperwork to Stacy.

Since that time I have written and called you asking when I could return to work. I have never been told to report back to work.

Last week, I spoke with People's Lease to find out my status. I was told that I had abandoned my job. While I completely disagree with this, and still wish to return to work, if I have been fired then I want my $500.00 that was held back from my paycheck. At the present time, I can neither work and your company has $500.00 of my money.

Please let me return to work. If you will not let me return, please give me my money.
Thank you.

*Gloria Duniphin*
Gloria Duniphin

**PLAINTIFF'S EXHIBIT 10 Whitehead**

DUNIPHIN V. BWI (FEDERAL)
BWI 00280

CONFIDENTIAL- PRODUCED SUBJECT TO PROTECTIVE ORDER

E-1
(912) 681-5228