Benny Whitehead Personnel
6/1/05-12/01/05

| Last Name | First Name | Middle | Emp Class | Inactive | Gender | Ethnic Origin | Birthdate | Start Date | Inactive Date | Age |
|---|---|---|---|---|---|---|---|---|---|---|
| Alexander | John | | 530 - DRV | Yes | Male | Black | 1/15/03 | 7/29/04 | 5/10/52 | 54 |
| Allen | Robin | L. | 530 - DRV | No | Female | Caucasian | 12/4/02 | 1/1/00 | 3/22/61 | 45 |
| Allen | Bruce | Orville | 530 - DRV | No | Male | Caucasian | 12/4/02 | 1/1/00 | 6/19/54 | 52 |
| Allen | Billy | Wayne | 530 - DRV | No | Male | Caucasian | 11/30/05 | 1/1/00 | 6/5/53 | 53 |
| Anderson | Teresa | C | 530 - DRV | No | Female | Caucasian | 7/9/04 | 1/1/00 | 1/18/68 | 38 |
| Anderson | Jim | Wade | 530 - DRV | No | Male | Caucasian | 6/17/05 | 1/1/00 | 12/2/57 | 49 |
| Anderson, Jr. | Jim | | 530 - DRV | No | Male | Caucasian | 7/9/04 | 1/1/00 | 11/27/66 | 40 |
| Barrow | Janice | R | 530 - DRV | No | Female | Caucasian | 9/22/05 | 1/1/00 | 10/14/40 | 66 |
| Barrow Jr. | James | Russell | 530 - DRV | No | Male | Caucasian | 8/18/04 | 1/1/00 | 1/20/40 | 66 |
| Bass | Timothy | William | 530 - DRV | Yes | Male | Caucasian | 12/17/03 | 8/4/04 | 8/31/66 | 40 |
| Beech | Rodney | Holden | 530 - DRV | No | Male | Caucasian | 10/10/05 | 1/1/00 | 4/5/59 | 47 |
| Bellar | Barbara | Ann | 530 - DRV | No | Female | Caucasian | 5/26/04 | 1/1/00 | 11/14/46 | 60 |
| Bellar | Robert | Merle | 530 - DRV | No | Male | Caucasian | 5/26/04 | 1/1/00 | 11/5/41 | 65 |
| Bettencourt | Cory | H | 530 - DRV | Yes | Male | Caucasian | 5/9/05 | 7/20/05 | 1/6/73 | 33 |
| Birbeck | Albert | C | 530 - DRV | Yes | Male | Caucasian | 4/14/04 | 8/17/04 | 10/27/34 | 72 |
| Blalock | Anthony | L | 530 - DRV | No | Male | Caucasian | 11/15/05 | 1/1/00 | 11/2/68 | 38 |
| Bozeman | Donna | S. | 530 - DRV | Yes | Female | Caucasian | 6/16/04 | 11/30/04 | 5/31/50 | 56 |
| Bozeman | Connie | | 530 - DRV | Yes | Male | Caucasian | 6/16/04 | 11/30/04 | 7/28/49 | 57 |
| Braxton | Demetria | Renee | 530 - DRV | No | Female | Black | 8/18/05 | 1/1/00 | 5/4/71 | 35 |
| Brock | David | S. | 530 - DRV | Yes | Male | Caucasian | 7/14/04 | 8/29/05 | 5/24/54 | 52 |
| Brown | Connie | J | 530 - DRV | No | Female | Caucasian | 11/4/05 | 1/1/00 | 3/21/56 | 50 |
| Brown | William | Louis | 530 - DRV | No | Male | Caucasian | 11/4/05 | 1/1/00 | 9/13/51 | 55 |
| Brown | William | Clarence | 530 - DRV | Yes | Male | Caucasian | 2/11/04 | 5/16/05 | 12/9/44 | 62 |
| Bryant | D.A. | | 530 - DRV | No | Male | Caucasian | 12/4/02 | 1/1/00 | 6/1/50 | 56 |
| Bryant | Joyce | Annette | 530 - DRV | Yes | Female | Other | 6/2/04 | 7/20/04 | 11/27/59 | 47 |
| Buntin | Robert | L. | 530 - OFC | No | Male | Caucasian | 12/4/02 | 1/1/00 | 3/8/49 | 57 |
| Cain | Stephen | Marion | 530 - DRV | Yes | Male | Caucasian | 3/2/05 | 7/27/05 | 7/21/69 | 37 |
| Carter | Cathy | Ann | 530 - DRV | Yes | Male | Caucasian | 9/8/04 | 1/21/05 | 6/14/63 | 43 |
| Carter | David | John | 530 - DRV | No | Male | Caucasian | 12/4/02 | 1/1/00 | 8/31/47 | 59 |
| Cavalier | Andre | Anthony | 530 - DRV | No | Male | Caucasian | 5/26/04 | 1/1/00 | 12/22/53 | 53 |
| Childers | William | U | 530 - DRV | Yes | Male | Caucasian | 7/11/05 | 8/19/05 | 1/7/48 | 58 |
| Chumney | Kenneth | Wayne | 530 - DRV | Yes | Male | Caucasian | 10/22/04 | 4/28/05 | 8/28/61 | 45 |
| Clay | Robert | Stephen | 530 - DRV | No | Male | Caucasian | 12/4/02 | 1/1/00 | 8/15/51 | 55 |
| Cloud | Melvin | K | 530 - DRV | Yes | Male | Caucasian | 12/3/03 | 7/22/04 | 2/17/68 | 38 |
| Coffman | Frank | H. | 530 - DRV | No | Male | Caucasian | 9/8/04 | 1/1/00 | 5/29/61 | 45 |
| Cole | Christy | Sullivan | 530 - DRV | Yes | Female | Caucasian | 5/6/05 | 5/13/05 | 6/13/76 | 30 |


PLAINTIFF'S EXHIBIT 11 Hiott

Dunphin 0025

Benny Whitehead Personnel
6/1/05-12/01/05

| Last | First | Middle | Code | Flag | Sex | Race | Date1 | Date2 | DOB | Age |
|---|---|---|---|---|---|---|---|---|---|---|
| Cole | Charles | David | 530 - DRV | Yes | Male | Caucasian | 5/6/05 | 5/13/05 | 4/27/70 | 36 |
| Cook | Dorothy | Ann | 530 - DRV | No | Female | Caucasian | 5/16/05 | 1/1/00 | 9/17/61 | 45 |
| Crocker | Kevin | Martinez | 530 - DRV | No | Male | Black | 11/4/05 | 1/1/00 | 1/21/78 | 28 |
| Crowder Jr | Charles | E | 530 - DRV | Yes | Male | Caucasian | 5/21/05 | 6/3/05 | 2/11/70 | 36 |
| Davis | Marvin | Leon | 530 - DRV | Yes | Male | Black | 2/18/04 | 10/1/04 | 1/13/52 | 54 |
| Davis | Mary | Lynne | 530 - DRV | Yes | Female | Caucasian | 8/11/04 | 8/19/05 | 11/8/57 | 49 |
| Davis | Gregory | R. | 530 - DRV | Yes | Male | Caucasian | 8/20/03 | 9/20/04 | 7/14/56 | 50 |
| Davis | Paul | Ray | 530 - DRV | Yes | Male | Caucasian | 11/12/03 | 9/7/05 | 7/27/53 | 53 |
| Dawkins | John | Lee | 530 - DRV | No | Male | Black | 11/17/05 | 1/1/00 | 7/30/39 | 67 |
| Deal | Raymond | E | 530 - DRV | No | Male | Caucasian | 9/26/05 | 1/1/00 | 6/8/83 | 23 |
| Douglas | Ronald | Steven | 530 - DRV | Yes | Male | Caucasian | 5/19/04 | 10/9/04 | 11/19/52 | 54 |
| Douglas | Kenneth | O. | 530 - DRV | No | Male | Caucasian | 4/14/04 | 1/1/00 | 4/15/51 | 55 |
| Duniphin | Gloria | W. | 530 - DRV | Yes | Female | Caucasian | 12/10/03 | 9/8/05 | 8/7/54 | 52 |
| Duniphin | Michael | Frank | 530 - DRV | Yes | Male | Native American | 4/24/03 | 12/21/04 | 10/23/48 | 58 |
| Edwards | Nicole | A. | 530 - DRV | No | Female | Caucasian | 7/12/05 | 1/1/00 | 10/4/53 | 53 |
| Eldridge | Mike | J. | 530 - DRV | Yes | Male | Caucasian | 8/5/05 | 10/7/05 | 2/17/58 | 48 |
| English Jr | Daniel | Frederick | 530 - DRV | No | Male | Caucasian | 11/15/05 | 1/1/00 | 6/16/68 | 38 |
| Erickson | Edward | Aller | 530 - DRV | Yes | Male | Caucasian | 11/19/03 | 2/15/05 | 10/18/70 | 36 |
| Erickson | Jerald | Allen | 530 - DRV | Yes | Male | Caucasian | 2/18/04 | 3/7/05 | 7/4/47 | 59 |
| Etheredge | Robert | England | 530 - DRV | Yes | Male | Caucasian | 11/30/05 | 12/20/05 | 10/27/54 | 52 |
| Eunice | Evelyn | Margaret | 530 - DRV | No | Female | Caucasian | 7/7/05 | 1/1/00 | 6/23/47 | 59 |
| Eunice Jr | Norman | Walter | 530 - DRV | No | Male | Caucasian | 7/7/05 | 1/1/00 | 8/2/56 | 50 |
| Fisk | Lawrence | Delano | 530 - DRV | Yes | Male | Caucasian | 10/22/04 | 11/13/04 | 9/7/48 | 58 |
| Franklin | Otis |  | 530 - DRV | No | Male | Black | 12/4/02 | 1/1/00 | 10/3/49 | 57 |
| Freeland | Beverly | K. | 530 - DRV | No | Female | Caucasian | 12/4/02 | 1/1/00 | 9/15/52 | 54 |
| Freeland | Joseph | L. | 530 - DRV | No | Male | Caucasian | 12/4/02 | 1/1/00 | 9/19/48 | 58 |
| Golden, Jr | Jessie | J. | 530 - DRV | Yes | Male | Black | 2/25/05 | 6/21/05 | 1/10/50 | 56 |
| Gonzalez | Phyllis | J. | 530 - DRV | No | Female | Caucasian | 7/11/05 | 1/1/00 | 9/28/51 | 55 |
| Gonzalez | Jose | M | 530 - DRV | No | Male | Hispanic | 7/11/05 | 1/1/00 | 12/31/53 | 53 |
| Grant | Laura | S | 530 - DRV | No | Female | Caucasian | 8/25/04 | 1/1/00 | 2/13/76 | 30 |
| Grimsley | Lenard | Travis | 530 - DRV | No | Male | Black | 10/22/04 | 1/1/00 | 7/23/78 | 28 |
| Grimsley | Kathy | Belinda | 530 - DRV | No | Female | Caucasian | 10/18/05 | 1/1/00 | 12/2/55 | 51 |
| Grimsley Sr | Robert | Lee | 530 - DRV | No | Male | Caucasian | 10/18/05 | 1/1/00 | 1/19/38 | 68 |
| Gudes | Charles | E. | 530 - MECH | Yes | Male | Black | 9/17/03 | 10/21/04 | 2/4/65 | 41 |
| Haire | Gregory | V | 530 - DRV | No | Male | Caucasian | 12/4/05 | 1/1/00 | 11/19/59 | 47 |
| Hansen | Daniel | M. | 530 - DRV | No | Male | Caucasian | 12/4/02 | 1/1/00 | 7/24/61 | 45 |
| Hansen | Madeline | L. | 530 - DRV | No | Female | Caucasian | 12/4/02 | 1/1/00 | 8/6/60 | 46 |

Benny Whitehead Personnel
6/1/05-12/01/05

| Last | First | Middle | Code | Flag | Sex | Race | Date1 | Date2 | DOB | Age |
|---|---|---|---|---|---|---|---|---|---|---|
| Hardin | James | Lewis | 530 - DRV | No | Male | Caucasian | 8/23/05 | 1/1/00 | 6/6/46 | 60 |
| Hatfield | Donald | | 530 - DRV | Yes | Male | Caucasian | 10/22/04 | 11/7/04 | 8/24/29 | 77 |
| Head | Lindsay | Caldwell | 530 - OFF | No | Female | Caucasian | 12/4/02 | 1/1/00 | 8/9/77 | 29 |
| Headley | Kenneth | S | 530 - DRV | Yes | Male | Caucasian | 6/27/05 | 10/25/05 | 8/8/68 | 38 |
| Helfinstine | Justin | Michael | 530 - MECH | No | Male | Caucasian | 10/27/04 | 1/1/00 | 3/14/87 | 19 |
| Highsmith | Uriah | Joseph | 530 - DRV | No | Male | Caucasian | 11/15/05 | 1/1/00 | 3/10/73 | 33 |
| Hilyer Jr. | Freddie | Lee | 530 - DRV | No | Male | Caucasian | 12/4/02 | 1/1/00 | 2/2/44 | 62 |
| Hope | Dale | E | 530 - DRV | Yes | Male | Black | 3/4/05 | 3/10/05 | 9/17/71 | 35 |
| Howard | Keith | Dewayne | 530 - DRV | No | Male | Black | 10/5/05 | 1/1/00 | 2/5/69 | 37 |
| Howard | Bonnie | S | 530 - DRV | No | Female | Caucasian | 8/23/05 | 1/1/00 | 11/13/47 | 59 |
| Howell | Roger | Roney | 530 - DRV | No | Male | Caucasian | 12/4/02 | 1/1/00 | 10/18/44 | 62 |
| Hume | Joanna | M. | 530 - DRV | Yes | Male | Caucasian | 1/14/04 | 12/8/04 | 5/15/74 | 32 |
| Hunt | Marie | Elaine | 530 - DRV | No | Female | Caucasian | 7/16/03 | 1/1/00 | 5/12/57 | 49 |
| Ingram | Jimmy | Raydell | 530 - DRV | No | Male | Caucasian | 12/4/02 | 1/1/00 | 5/7/39 | 67 |
| Inhoof | Richard | Frank | 530 - DRV | Yes | Male | Caucasian | 9/8/04 | 10/18/04 | 2/27/61 | 45 |
| Jackson | Barbara | A | 530 - DRV | No | Female | Caucasian | 11/12/04 | 1/1/00 | 7/27/57 | 49 |
| Jackson | Teddy | Arden | 530 - DRV | Yes | Male | Caucasian | 4/14/04 | 7/9/05 | 4/16/37 | 69 |
| Jackson Jr | Sidney | J | 530 - DRV | Yes | Male | Black | 6/14/05 | 6/20/05 | 6/17/81 | 25 |
| Jackson Jr | Floyd | M | 530 - DRV | No | Male | Caucasian | 11/12/04 | 1/1/00 | 5/20/56 | 50 |
| James | Dale | Robert | 530 - DRV | No | Male | Caucasian | 12/4/02 | 1/1/00 | 2/19/67 | 39 |
| Jernigan | Donald | | 530 - MECH | No | Male | Caucasian | 12/4/02 | 1/1/00 | 8/29/62 | 44 |
| Jernigan | Jimmy | R. | 530 - DRV | Yes | Male | Caucasian | 10/26/05 | 11/9/05 | 7/16/59 | 47 |
| Johnson | Dorothy | W | 530 - DRV | Yes | Male | Caucasian | 5/30/05 | 7/13/05 | 10/10/58 | 48 |
| Jurkewicz | Syble | Warren | 530 - DRV | Yes | Female | Caucasian | 12/4/02 | 10/5/04 | 9/15/50 | 56 |
| Jurkewicz | John | Thomas | 530 - DRV | Yes | Male | Caucasian | 12/4/02 | 10/18/04 | 9/23/48 | 58 |
| Kellum | Marcus | Emanuel | 530 - DRV | Yes | Male | Caucasian | 7/15/05 | 9/7/05 | 3/2/63 | 43 |
| Kibbe | Noah | J | 530 - DRV | Yes | Male | Caucasian | 6/20/05 | 9/18/05 | 4/9/74 | 32 |
| Kibbe | William | Henry | 530 - DRV | No | Male | Caucasian | 6/20/05 | 1/1/00 | 12/9/58 | 48 |
| Kindred | Marcus | Gerard | 530 - DRV | No | Male | Black | 11/4/05 | 1/1/00 | 12/26/71 | 35 |
| Kirkham | Debra | Sally | 530 - DRV | No | Female | Caucasian | 10/1/03 | 1/1/00 | 11/19/54 | 52 |
| Kirklam | Robert | Leonard | 530 - DRV | No | Male | Caucasian | 4/24/03 | 1/1/00 | 4/15/43 | 63 |
| Lanier | Debra | A. | 530 - DRV | Yes | Female | Caucasian | 7/11/05 | 8/19/05 | 9/4/55 | 51 |
| Lawson | Stacey | Joyce | 530 - OFF | No | Female | Caucasian | 1/2/03 | 1/1/00 | 1/7/67 | 39 |
| Lawson | Rick | A | 530 - DRV | No | Male | Caucasian | 9/21/05 | 1/1/00 | 11/13/61 | 45 |
| Lawson Jr. | Hiram | Alix | 530 - DRV | No | Male | Caucasian | 5/21/03 | 1/1/00 | 10/6/39 | 67 |
| Lee | Manquell | Rashun | 530 - DRV | No | Male | Black | 2/23/05 | 1/1/00 | 5/26/76 | 30 |
| Lewis | Kenneth | Leonard | 530 - DRV | Yes | Male | Black | 4/15/05 | 4/20/05 | 11/22/67 | 39 |

Benny Whitehead Personnel
6/1/05-12/01/05

| Last | First | Middle | Code | Flag | Sex | Race | Date1 | Date2 | DOB | Age |
|---|---|---|---|---|---|---|---|---|---|---|
| Lewis | Albert | | 530 - DRV | Yes | Male | Black | 9/17/03 | 2/23/05 | 5/6/51 | 55 |
| Lewis | Cathy | A | 530 - DRV | No | Female | Caucasian | 11/30/05 | 1/1/00 | 12/23/54 | 52 |
| Lindsey | James | E. | 530 - DRV | No | Male | Caucasian | 7/16/03 | 1/1/00 | 8/3/60 | 46 |
| Luker, Jr. | Jack | R. | 530 - DRV | No | Male | Caucasian | 4/8/05 | 1/1/00 | 5/13/57 | 49 |
| McCall | Thomas | Jeffrey | 530 - DRV | Yes | Male | Caucasian | 3/2/05 | 7/12/05 | 9/28/54 | 52 |
| McCollough | Linda | D. | 530 - DRV | Yes | Female | Caucasian | 12/4/02 | 3/15/05 | 2/19/49 | 57 |
| McGowan | Reno | Junior | 530 - DRV | No | Male | Caucasian | 12/4/02 | 1/1/00 | 2/3/45 | 61 |
| McNear | Frederick | D. | 530 - DRV | Yes | Male | Black | 6/2/04 | 11/29/04 | 1/18/71 | 35 |
| Merritt | Kelle | H. | 530 - DRV | No | Female | Caucasian | 12/4/02 | 1/1/00 | 3/20/58 | 48 |
| Merritt | Robert | Alfred | 530 - DRV | No | Male | Caucasian | 12/4/02 | 1/1/00 | 10/31/53 | 53 |
| Miller | Clint | A | 530 - DRV | Yes | Male | Caucasian | 10/5/05 | 11/18/05 | 5/28/69 | 37 |
| Miller | Brian | C | 530 - DRV | Yes | Male | Caucasian | 7/5/05 | 9/10/05 | 9/16/63 | 43 |
| Moore | Marvin | David | 530 - DRV | Yes | Male | Caucasian | 7/14/04 | 10/25/04 | 6/9/68 | 38 |
| Morris | Yvonne | L. | 530 - DRV | Yes | Female | Caucasian | 9/16/05 | 12/1/05 | 10/16/53 | 53 |
| Morris | Tony | D. | 530 - DRV | Yes | Male | Caucasian | 9/16/05 | 12/1/05 | 7/5/45 | 61 |
| Moultry | Rena | Foster | 530 - DRV | No | Female | Black | 3/10/05 | 1/1/00 | 3/31/54 | 52 |
| Nicholson | Johnny | Mack | 530 - DRV | No | Male | Caucasian | 5/6/05 | 1/1/00 | 5/26/58 | 48 |
| Nickson | Willie | J. | 530 - DRV | No | Male | Black | 2/11/04 | 1/1/00 | 7/19/60 | 46 |
| Nobles | Bobby | Carlton | 530 - DRV | No | Male | Caucasian | 9/26/05 | 1/1/00 | 2/27/36 | 70 |
| Nolan | Bruce | | 530 - DRV | No | Male | Caucasian | 10/28/05 | 1/1/00 | 6/25/50 | 56 |
| Nolan | Ruth | Ann | 530 - DRV | No | Female | Caucasian | 10/28/05 | 1/1/00 | 9/13/48 | 58 |
| Odom | Annice | Mae | 530 - DRV | No | Female | Caucasian | 5/14/03 | 1/1/00 | 12/6/44 | 62 |
| Paini | Laura | Diane | 530 - DRV | Yes | Female | Caucasian | 10/8/03 | 2/10/05 | 5/20/74 | 32 |
| Paini | Augusto | D. | 530 - DRV | Yes | Male | Caucasian | 7/9/03 | 2/10/05 | 1/7/72 | 34 |
| Parker | Clay | Jason | 530 - DRV | Yes | Male | Caucasian | 12/17/03 | 11/12/04 | 3/31/63 | 43 |
| Pate | Thomas | Dean | 530 - DRV | Yes | Male | Caucasian | 10/27/04 | 9/8/05 | 8/5/52 | 54 |
| Pemberton | Marion | T | 530 - DRV | Yes | Male | Caucasian | 10/26/05 | 11/9/05 | 4/30/55 | 51 |
| Phillips | Lisa | | 530 - OFC | No | Male | Caucasian | 4/14/04 | 1/1/00 | 5/31/71 | 35 |
| Pittman | Barry | Lynn | 530 - DRV | Yes | Male | Caucasian | 6/11/03 | 5/11/05 | 12/5/47 | 59 |
| Powell | Stephen | | 530 - DRV | Yes | Male | Caucasian | 6/16/04 | 7/20/04 | 10/16/57 | 49 |
| Raines | Randall | Scott | 530 - DRV | Yes | Male | Caucasian | 5/19/04 | 7/23/04 | 4/23/70 | 36 |
| Raines | Wendy | Kay | 530 - DRV | Yes | Female | Caucasian | 5/19/04 | 7/5/04 | 12/28/69 | 37 |
| Reeves | Derek | Alan | 530 - DRV | No | Male | Caucasian | 12/4/02 | 1/1/00 | 12/29/68 | 38 |
| Reeves | Donald | Scott | 530 - DRV | No | Male | Caucasian | 9/10/05 | 1/1/00 | 11/7/62 | 44 |
| Rivers | Willie | Lee | 530 - OFC | No | Female | Black | 12/4/02 | 1/1/00 | 7/10/50 | 56 |
| Robbins | Randall | Winton | 530 - DRV | No | Male | Caucasian | 8/19/05 | 1/1/00 | 5/26/62 | 44 |
| Robinson | Elizabeth | H | 530 - DRV | Yes | Female | Black | 6/9/04 | 8/29/04 | 12/28/56 | 50 |

Benny Whitehe    Personnel
6/1/05-12/01/05

| Last | First | Middle | Job | ? | Sex | Race | Date1 | Date2 | DOB | Age |
|---|---|---|---|---|---|---|---|---|---|---|
| Robinson | Thomas | M. | 530 - DRV | Yes | Male | Caucasian | 8/19/05 | 10/3/05 | 10/15/76 | 30 |
| Sanderson | Martha | A. | 530 - DRV | No | Female | Caucasian | 12/4/02 | 1/1/00 | 3/8/52 | 54 |
| Sanderson | James | Allen | 530 - MECH | No | Male | Caucasian | 12/4/02 | 1/1/00 | 1/19/48 | 58 |
| Sanderson | James | N. | 530 - DRV | No | Male | Caucasian | 12/4/02 | 1/1/00 | 12/26/48 | 58 |
| Schaefer | Sharon | K | 530 - DRV | Yes | Female | Caucasian | 7/14/04 | 8/2/04 | 3/22/72 | 34 |
| Scott | Harold | Eugene | 530 - DRV | No | Male | Caucasian | 12/4/02 | 1/1/00 | 5/26/60 | 46 |
| Shores | Gerry | Lynn | 530 - DRV | Yes | Female | Caucasian | 7/5/05 | 9/23/05 | 10/4/65 | 41 |
| Smith | Deborah | Ann | 530 - DRV | No | Female | Black | 7/16/03 | 1/1/00 | 7/19/61 | 45 |
| Smith | Samuel | Calvin | 530 - DRV | Yes | Male | Caucasian | 9/29/04 | 3/19/05 | 5/12/67 | 39 |
| Smith | James |  | 530 - DRV | Yes | Male | Caucasian | 6/2/04 | 6/5/04 | 3/31/66 | 40 |
| Smith | Rebecca | Ann Lee | 530 - DRV | Yes | Female | Caucasian | 11/3/04 | 2/9/05 | 12/18/43 | 63 |
| Smith Sr. | Jason |  | 530 - DRV | No | Male | Black | 7/16/03 | 1/1/00 | 6/27/61 | 45 |
| Spradley | Jimmy | Sheldon | 530 - DRV | Yes | Male | Caucasian | 6/27/05 | 10/25/05 | 7/24/73 | 33 |
| Starnes Jr | James | Loronza | 530 - DRV | No | Male | Caucasian | 7/16/05 | 1/1/00 | 10/16/79 | 27 |
| Stirn | Helmut |  | 530 - DRV | Yes | Male | Caucasian | 6/23/04 | 1/21/05 | 5/10/46 | 60 |
| Strickland | Darlene | Estell | 530 - DRV | No | Male | Caucasian | 1/14/04 | 1/1/00 | 12/18/55 | 51 |
| Strickland | James | S. | 530 - DRV | No | Male | Hispanic | 1/14/04 | 1/1/00 | 9/10/53 | 53 |
| Taylor | Ann | Juliette | 530 - DRV | Yes | Female | Caucasian | 4/22/04 | 4/12/05 | 2/4/56 | 50 |
| Taylor | Ronnie | L. | 530 - DRV | Yes | Male | Caucasian | 9/30/04 | 6/26/05 | 2/24/46 | 60 |
| Thomas | Elijah | Lee | 530 - DRV | No | Male | Black | 9/24/05 | 1/1/00 | 7/24/78 | 28 |
| Thomas | Cornelius | T. | 530 - DRV | Yes | Male | Black | 6/9/04 | 1/3/05 | 8/22/75 | 31 |
| Thomas | Delores |  | 530 - DRV | Yes | Female | Native Americ | 5/16/05 | 5/24/05 | 9/13/62 | 44 |
| Thorne | Willis | LeRoy | 530 - DRV | Yes | Male | Caucasian | 9/15/05 | 11/3/05 | 12/20/46 | 60 |
| Thorton | Melinda | Kay | 530 - DRV | Yes | Female | Caucasian | 9/29/04 | 3/19/05 | 6/17/71 | 35 |
| Turner | Randy | L. | 530 - DRV | Yes | Male | Caucasian | 12/4/02 | 8/4/04 | 10/11/63 | 43 |
| Vonk | John | N. | 530 - DRV | Yes | Male | Caucasian | 1/28/04 | 6/17/04 | 9/5/69 | 37 |
| Wainwright | William | Ernest | 530 - DRV | No | Male | Black | 12/4/02 | 1/1/00 | 11/6/51 | 55 |
| Wiggins | Willie | Edgar | 530 - DRV | Yes | Male | Caucasian | 6/7/05 | 9/21/05 | 5/17/44 | 62 |
| Wilkerson | Jamie | D | 530 - DRV | Yes | Male | Caucasian | 3/26/03 | 3/4/05 | 4/15/71 | 35 |
| Wilkerson | James | Donald | 530 - DRV | Yes | Male | Caucasian | 3/26/03 | 3/4/05 | 5/26/46 | 60 |
| Williams | Brian | Edward | 530 - DRV | Yes | Male | Caucasian | 3/7/05 | 3/19/05 | 11/1/66 | 40 |
| Wills | Leslie | Renee | 530 - DRV | No | Female | Caucasian | 9/22/05 | 1/1/00 | 8/3/61 | 45 |
| Wills | Donald | Frank | 530 - DRV | No | Male | Caucasian | 9/22/05 | 1/1/00 | 12/12/61 | 45 |
| Wooten | Huey |  | 530 - DRV | Yes | Male | Caucasian | 1/14/05 | 4/14/05 | 11/7/30 | 76 |
| Young III | Johnny | Bee | 530 - DRV | No | Male | Black | 12/4/02 | 1/1/00 | 4/22/73 | 33 |