December 9, 2005

Gloria Duniphan
124 Blackmon Rd.
Eufaula, Al. 36027



Re: returning to work

Dear Gloria:

    We have been trying to find someone you can ride with since you've been cleared to work since June. Due to your experience level our insurance company won't allow you to run in a solo position. We did call you on or about September 8th to go out and you were going out of town and wouldn't be back until the following week. You haven't been fired; we just haven't been able to meet your criteria as far as a partner you can run with. If you can find someone that is qualified to work here we will be more than happy to put you back to work. PeopleLease's policy is to terminate employees that haven't had a check in a certain amount of time. At this time I still don't have anyone that I can put you with so I have enclosed a check for your holdback, as soon as I come up with something I will give you a call.

Thanks,

Eddie Whitehead

Duniphin
0031