IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLORIA DUNIPHIN ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO.: 2:06-cv-00459-MHT |
| ) | |
| BENNY WHITEHEAD, INC. AND ) | |
| PEOPLEASE CORPORATION ) | |
| ) | |
| DEFENDANTS, ) | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Compass Bank, Bank Corp South, and Publix

Supermarkets


03/01/07                    /s/ Jim S. Calton Jr. ASB-0968-L-66J
Date

                            Jim S. Calton, Jr.
                            Counsel for Benny Whitehead, Inc.

                            226 E. Broad Street

                            Eufaula, AL 36027

                            334-687-3563

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the foregoing document by placing same in the U.S. mail, postage paid and properly addressed.

Mrs. Courtney Potthoff, Esq.
Williams, Potthoff, Williams & Smith
125 South Orange Street
Eufaula, AL 36027

Mr. Jerry Roberson, Esq.
Roberson & Roberson
3765 Kinross Drive
P.O. Box 380487
Birmingham, AL 35235-0487

Mr. Albert Adams, Esq.
Irby Law Firm, LLC
257 West Broad Street
P.O. Box 910
Eufaula, AL 36072

This the 1st day of March, 2007.

                /s/ Jim S. Calton, Jr.
                OF COUNSEL