IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **GLORIA DUNIPHIN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CASE NUMBER:  2:06cv459-MHT |
| | ) |
| **BENNY WHITEHEAD, INC. and** | ) |
| **PEOPLEASE CORPORATION,** | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## SECTION 8 DISCLOSURES

COME NOW the Defendants, Benny Whitehead, Inc. and PeopLease Corporation, and in compliance with Section 8 of the Uniform Scheduling Order, herewith advise they have no retained experts or witnesses.  However, the Defendants reserve the right to solicit evidence under rule 702, 703 and/or 705 from the following:

1. Any person listed by Plaintiff as a potential expert witness.


/s/  Courtney R. Potthoff
_____

Attorney for Defendant
PeopLease Corporation

OF COUNSEL:

WILLIAMS, POTTHOFF, WILLIAMS
    & SMITH, L.L.C.
Post Office Box 880
Eufaula, Alabama  36072-0880
Telephone   (334) 687-5834
Facsimile     (334)  687-5722

        /s/ Jim S. Calton, Jr.
        Jim S. Calton, Jr.
        Attorney for Defendant
        Benny Whitehead, Inc.

OF COUNSEL:

CALTON & CALTON
Post Office Box 895
Eufaula, Alabama  36072-0895
Telephone   (334) 687-3563
Facsimile   (334) 687-3564

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been served on counsel of record below by electronic filing, this the 1st day of March, 2007:

Albert H. Adams, Jr., Esq.
IRBY LAW FIRM, LLC
Post Office Box 910
Eufaula, Alabama  36072-0910

Jerry Roberson, Esq.
ROBERSON & ROBERSON
3765 Kinross Drive
P.O. Box 380487
Birmingham, Alabama  35238-0487

        /s/ Courtney R. Potthoff
        Of Counsel