IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GLORIA DUNIPHIN, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:06cv459-MHT |
| | ) | |
| BENNY WHITEHEAD, INC., and | ) | |
| PEOPLEASE CORPORATION, | ) | |
| | ) | |
|    Defendants. | ) | |

## ORDER

It is ORDERED as follows:

(1) The motion for mediation (doc. no. 27) is granted.

(2) The parties are DIRECTED to engage in voluntary mediation.

DONE, this the 5th day of March, 2007.

                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE