IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLORIA DUNIPHIN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Civil Action No.:  2:06cv459-MHT |
| | ) |
| BENNY WHITEHEAD, INC. and | ) |
| PEOPLEASE CORPORATION, | ) |
| | ) |
|     Defendants. | ) |

## MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

Come now Defendants, Benny Whitehead, Inc. ("Whitehead") and PeopLease Corporation ("PeopLease"), and move this Honorable Court for leave to file a reply to Plaintiff's Response to Motion for Summary Judgment. As grounds therefore, Whitehead and PeopLease state as follows:

1. Whitehead and PeopLease wish to clarify certain points of fact and law as contained in Plaintiff's Response to Defendants' Joint Motion for Summary Judgment. Those points are set out in more detail in the brief filed contemporaneously with this motion.

2. Further, Whitehead and PeopLease wish to respond to Plaintiff's request for summary judgment on her FMLA claims.

WHEREFORE, premises considered, Whitehead and PeopLease request that this Honorable Court grant their Motion for Leave to File a Reply to Plaintiff's Response to Motion for Summary Judgment.

Dated this the 19th day of March, 2007.

/s/ Joel P. Smith, Jr._____
Joel P. Smith, Jr. (ASB-0328-M46J)

/s/ Courtney R. Potthoff_____
Courtney R. Potthoff (ASB-4565-057C)

Attorneys for Defendants Benny Whitehead, Inc. and PeopLease Corporation

OF COUNSEL:

WILLIAMS, POTTHOFF, WILLIAMS
  & SMITH, L.L.C.
P. O. Box 880
Eufaula, AL  36072-0880
Telephone     (334) 687-5834
Facsimile     (334) 687-5722

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon the following counsel of record in this cause via electronic mail on this 19th day of March, 2007.

Jerry D. Roberson, Esq.
Roberson & Roberson
Post Office Box 380487
3765 Kenross Drive
Birmingham, Alabama  35238-0487

Albert H. Adams, Jr.
Irby Law Firm, LLC
Post Office Box 910
Eufaula, Alabama  36072-0910

Jim S. Calton, Jr.
CALTON & CALTON
Post Office Box 895
Eufaula, Alabama  36072-0895

/s/ Courtney R. Potthoff_____
OF COUNSEL