IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GLORIA DUNIPHIN,              )
                              )
    Plaintiff,                )
                              )       CIVIL ACTION NO.
    v.                        )        2:06cv459-MHT
                              )
BENNY WHITEHEAD, INC., and    )
PEOPLEASE CORPORATION,        )
                              )
    Defendants.               )
```

## ORDER

It is ORDERED that the motion for leave to file a reply (Doc. No. 35) is granted.

DONE, this the 22nd day of March, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE