IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLORIA DUNIPHIN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | |
| BENNY WHITEHEAD, INC. and ) | 2:06-cv-00459-MHT |
| PEOPLEASE CORPORATION. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MEDIATION

COME NOW the parties and advise this Court that they have agreed to mediate the above case before James Anderson of the law firm of Beers, Anderson, Jackson, Patty, Van Heest & Fawal, P.C.  Said mediation will take place on Monday, April 9th at the office of Beers Anderson, beginning at 10:00 a.m.

Respectfully submitted,

s/Jerry Roberson
Jerry Roberson (ROB010)
Roberson & Roberson
P.O. Box 380487
Birmingham, Alabama 35238-0487
Phone Number:     205.981.3906
Fax Number:       205.981.3908
E-mail: jdratty@charter.net
        tlbaker@charter.net

Albert H. Adams, Jr., Esquire
RUSSELL IRBY LAW FIRM
257 West Broad Street
Eufaula, AL  36027-0910
(334) 687-6672

## **CERTIFICATE OF SERVICE**

_____I hereby certify that on the 28th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the using the Electronic Filing system which will send notification of such filing to the following:

Courtney R. Potthoff, Esq.
Joel P. Smith, Esq.
WILLIAMS, POTTHOFF, WILLIAMS
& SMITH, L.L.C.
Post Office Box 880
125 South Orange Avenue
Eufaula, Alabama 36027


Jim S. Carlton, Esq.
226 East Broad Street
P.O. Box 895
Eufaula, Alabama 36072-0895

                                                                                              s/Jerry Roberson
                                                                                              Jerry Roberson (ROB010)